IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CITY OF MURFREESBORO,           )
TENNESSEE,                      )
                                )
        Plaintiff,              )          NO. 3:22-cv-00605
                                )          JUDGE RICHARDSON
v.                              )
                                )
BFI WASTE SYSTEMS OF TENNESSEE, )
LLC, et al.,                    )
                                )
        Defendants.             )

## ORDER

Pending before the Court is Defendants' motion to dismiss (Doc. No. 72, "Motion")
Counts Two, Three, and Eight for failure to state a claim upon which relief can be granted,
pursuant to Fed. R. Civ. P. 12(b)(6). Defendants filed a memorandum in support of their Motion
(Doc No. 73). Plaintiff filed a response in opposition to the Motion (Doc. No. 87,
"Response"), to which Defendants filed a reply (Doc. No. 92).

For the reasons stated in the accompanying Memorandum Opinion, the Motion is
DENIED.

IT IS SO ORDERED.


_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE