UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CITY OF MURFREESBORO, TENNESSEE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BFI WASTE SYSTEMS OF TENNESSEE, ) <br> LLC, REPUBLIC SERVICES OF TENNESSEE, ) <br> LLC and REPUBLIC SERVICES, INC. ) <br> ) <br> Defendants. ) | Case No. 3:22-cv-00605 <br> Jury Demand <br> Judge Richardson <br> Magistrate Judge Newbern |

## JOINT MOTION FOR CONTINUED STAY OF DISCOVERY

COMES NOW, Plaintiff City of Murfreesboro, Tennessee ("City") and Defendants BFI Waste Systems of Tennessee, LLC, Republic Services of Tennessee, LLC, and Republic Services, Inc. (collectively, "parties") to seek a continued stay of discovery in this matter. Prior to this filing, the parties sought a Joint Motion for Continued Stay of Discovery to continue mediation until July 1, 2024. [Doc. 180]. The Court granted this Joint Motion. [Doc. 181]. The parties have continued mediation in the interim and now seek a continued stay of an additional 45 days, from July 1 until August 15, 2024, for further mediation. No discovery will be propounded by either party during this continuation of the stay, and all deadlines under the revised case management order, [Doc. 139], will continue to be stayed during this time.

If the mediation does not result in successful resolution of all claims in this matter, the parties will move to set a case management conference with the Magistrate Judge no later than seven days after August 15, 2024. This conference will address all outstanding issues concerning litigation deadlines and a resetting of the trial date in this case.

Date: June 26, 2024

| | |
|---|---|
| /s/ Keith A. Johnston | /s/ Allyson E. Cunningham |
| Gary A. Davis (TN BPR #009766) | William G. Beck (*pro hac vice*) |
| Elizabeth L. Murphy (TN BPR #020905) | Allyson E. Cunningham (*pro hac vice*) |
| Keith A. Johnston (TN BPR #024134) | LATHROP GPM LLP |
| DAVIS ATTORNEYS, P.C. | 2345 Grand Boulevard, Suite 2200 |
| 21 Battery Park Ave., Suite 206 | Kansas City, Missouri 64108 |
| Asheville, NC 28801 | Phone: (816) 292-2000 |
| Phone: (828) 622-0044 | Fax: (816) 292-2001 |
| Fax: (828) 398-0435 | Email: william.beck@lathropgpm.com |
| Email: gadavis@enviroattorney.com | Email: allyson.cunningham@lathropgpm.com |
| Email: elizmurphy966@msn.com | |
| Email: kjohnston@enviroattorney.com | Matthew Walker (*pro hac vice*) |
| | Arielle McPherson (*pro hac vice*) |
| Adam F. Tucker (TN BPR #28489) | LATHROP GPM LLP |
| Jennifer M Tag (TN BPR #039146) | 155 N. Wacker Dr., Suite 3000 |
| CITY OF MURFREESBORO LEGAL DEPARTMENT | Chicago, IL 60606 |
| 111 W. Vine St., | Phone: (312) 920-3300 |
| Murfreesboro, TN 37130 | Fax: (312) 920-3301 |
| Phone: (615) 849-2616 | Email: matthew.walker@lathropgpm.com |
| Fax: (615) 849-2662 | Email: arielle.mcpherson@lathropgpm.com |
| Email: atucker@murfreesborotn.gov | |
| Email: jtag@murfreesborotn.gov | Kayla Brewe (*pro hac vice*) |
| | LATHROP GPM LLP |
| Lisa K. Helton (TN BPR #23684) | 7701 Forsyth Blvd., Suite 500 |
| John L. Farringer IV (TN BPR #22783) | Clayton, MO 63105 |
| Mark Alexander Carver (TN BPR #36754) | Phone: (314) 613-2800 |
| Hunter C. Branstetter (TN BPR #32004) | Fax: (314) 613-2801 |
| Micah N. Bradley (TN BPR #38402) | Email: kayla.brewe@lathropgpm.com |
| SHERRARD ROE VOIGT & HARBISON, PLC | |
| 150 3rd Avenue South, Suite 1100 | Blaine K. Bengtson (*pro hac vice*) |
| Nashville, TN 37201 | LATHROP GPM LLP |
| Phone: (615) 742-4200 | 675 15th Street, Suite 2650 |
| Fax: (615) 742-4539 | Denver, CO 80202 |
| Email: lhelton@srvhlaw.com | Phone: (720) 931-3200 |
| Email: jfarringer@srvhlaw.com | Fax: (720) 931-3201 |
| Email: acarver@srvhlaw.com | Email: blaine.bengtson@lathropgpm.com |
| Email: hbranstetter@srvhlaw.com | |
| Email: mbradley@srvhlaw.com | |

Attorneys for Plaintiff

Wells Trompeter (TN BPR # 030380)
Edward M. Callaway (TN BPR # 016016)
Karolyn G. Perry (TN BPR # 036900)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
Email: Wells.Trompeter@hklaw.com
Email: Ed.Callaway@hklaw.com
Email: Karolyn.Perry@hklaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2024, I electronically served the foregoing using the CM/ECF system upon:

Gary A. Davis (TN BPR #009766)
Elizabeth L. Murphy (TN BPR #020905)
Keith A. Johnston (TN BPR #024134)
DAVIS ATTORNEYS, P.C.
21 Battery Park Ave., Suite 206
Asheville, NC 28801
Phone: (828) 622-0044
Fax: (828) 398-0435
Email: gadavis@enviroattorney.com
Email: elizmurphy966@msn.com
Email: kjohnston@enviroattorney.com

Adam F. Tucker (TN BPR #28489)
Jennifer M Tag (TN BPR #039146)
CITY OF MURFREESBORO LEGAL DEPARTMENT
111 W. Vine St.,
Murfreesboro, TN 37130
Phone: (615) 849-2616
Fax: (615) 849-2662
Email: atucker@murfreesborotn.gov
Email: jtag@murfreesborotn.gov

Lisa K. Helton (TN BPR #23684)
John L. Farringer IV (TN BPR #22783)
Mark Alexander Carver (TN BPR #36754)
Hunter C. Branstetter (TN BPR #32004)
Micah N. Bradley (TN BPR #38402)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Phone: (615) 742-4200
Fax: (615) 742-4539
Email: lhelton@srvhlaw.com
Email: jfarringer@srvhlaw.com
Email: acarver@srvhlaw.com
Email: hbranstetter@srvhlaw.com
Email: mbradley@srvhlaw.com

Attorneys for Plaintiff

                                                /s/Allyson E. Cunningham
                                                An Attorney for Defendants