UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CITY OF MURFREESBORO, TENNESSEE,<br><br>    Plaintiff,<br><br>v.<br><br>BFI WASTE SYSTEMS OF TENNESSEE, LLC, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00605<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The parties have provided a detailed status report in support of a joint motion to continue the stay of discovery in this matter until November 29, 2024. (Doc. No. 188.) Because the status report demonstrates that the parties are actively working to resolve this matter, the motion is GRANTED. The stay of discovery is EXTENDED to November 29, 2024. The case management conference set on October 17, 2024, is CANCELLED.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge