UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CITY OF MURFREESBORO, TENNESSEE,<br><br>    Plaintiff,<br><br>v.<br><br>BFI WASTE SYSTEMS OF TENNESSEE, LLC, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00605<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Counsel for the parties appeared for a telephonic case management conference with the Magistrate Judge on January 10, 2025. Counsel report that their case resolution efforts have overcome a recent impasse and remain active. Counsel shall continue to negotiate in good faith.

A telephonic case management conference is set on February 12, 2025, at 10:00 a.m. Counsel for the parties shall call (650) 479- 3207 and enter access code 2317 604 8628# to participate.

By February 10, 2025, the parties shall file a joint proposed case management order addressing all remaining litigation deadlines. The parties also shall address the status of any remaining fact or expert discovery. If the parties resolve this matter before February 10, 2025, they shall file a statement to that effect addressing a timeline for approval of the settlement and dismissal of this action.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge