ORDER:
The motion is **GRANTED**.

*Alistair E. Newbern*
Alistair E. Newbern
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CITY OF MURFREESBORO, TENNESSEE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BFI WASTE SYSTEMS OF TENNESSEE, ) <br> LLC, REPUBLIC SERVICES OF ) <br> TENNESSEE, LLC, and REPUBLIC ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) | Case No. 3:22-cv-00605 <br> JUDGE RICHARDSON <br> MAGISTRATE JUDGE NEWBERN |

## JOINT STATUS REPORT AND JOINT MOTION FOR EXTENSION OF STAY

COME NOW, Plaintiff City of Murfreesboro, Tennessee ("Plaintiff") and Defendants BFI Waste Systems of Tennessee, LLC, Republic Services of Tennessee, LLC and Republic Services, Inc. (collectively "Defendants"), by and through their attorneys of record, and file this joint status report and joint motion for extension of the stay of the litigation.

On January 10, 2025, the Court held a case management conference. During the conference, the Court ordered the parties, by February 10, 2025, to file either (i) a joint proposed case management order addressing all remaining deadlines if the parties were unable to settle, or (ii) a statement addressing a timeline for approval of settlement and dismissal of the case if the parties reached a resolution.

On February 5, 2025, representatives for the parties convened in Nashville for another in-person mediation session with the mediator. During the productive session, the parties reached agreement in principle on all but one material issue. This sole remaining issue arose in the past 30 days of mediation. It is vitally important to the parties and requires final approval by each party's decisionmakers at the highest level. Both parties worked diligently to resolve this final issue before the February 10th deadline but have not reached agreement. The parties will use the

requested extension to resolve this issue and to finalize all other terms of the settlement, including the odor and gas preventative maintenance plan that is substantially complete.

Moreover, any final settlement will require approval by vote of the Murfreesboro City Council. Thus, upon resolving the final material term of a settlement, Plaintiff will be required to hold a vote on the proposed agreement after making it publicly available prior to the vote. Due to the President's Day holiday on February 17th, the earliest City Council meeting during which a vote could take place is February 27th.

For the foregoing reasons, the parties respectfully request the Court to extend to March 10, 2025, the stay of the case and the deadline by which they must file either a joint proposed case management order or a statement addressing a timeline for approval of settlement and dismissal of the case if they reach a resolution.

February 10, 2025                                              Respectfully submitted,

/s/ Gary A. Davis                                              /s/ Allyson E. Cunningham
Gary A. Davis (TN BPR #009766)                                 William G. Beck (*pro hac vice*)
Keith A. Johnston (TN BPR #024134)                             Allyson E. Cunningham (*pro hac vice*)
DAVIS ATTORNEYS, P.C.                                          LATHROP GPM LLP
21 Battery Park Ave., Suite 206                                2345 Grand Boulevard, Suite 2200
Asheville, NC 28801                                            Kansas City, Missouri 64108
Phone: (828) 622-0044                                          Phone: (816) 292-2000
Fax: (828) 398-0435                                            Fax: (816) 292-2001
gadavis@enviroattorney.com                                     william.beck@lathropgpm.com
elizmurphy966@msn.com                                          allyson.cunningham@lathropgpm.com
kjohnston@enviroattorney.com

                                                               Matthew Walker (*pro hac vice*)
Adam F. Tucker (TN BPR #28489)                                 Arielle McPherson (*pro hac vice*)
CITY OF MURFREESBORO LEGAL                                     LATHROP GPM LLP
DEPARTMENT                                                     155 N Wacker Dr., Suite 3000
111 W. Vine St.,                                               Chicago, IL 60606
Murfreesboro, TN 37130                                         Phone: (312) 920-3300
Phone: (615) 849-2616                                          Fax: (312) 920-3301
Fax: (615) 849-2662                                            matthew.walker@lathropgpm.com
atucker@murfeesborotn.gov                                      arielle.mcpherson@lathropgpm.com

Lisa K. Helton (TN BPR #23684)
Mark Alexander Carver (TN BPR #36754)
Hunter C. Branstetter (TN BPR #32004)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Phone: (615) 742-4200
Fax: (615) 742-4539
lhelton@srvhlaw.com
acarver@srvhlaw.com
hbranstetter@srvhlaw.com
ATTORNEYS FOR PLAINTIFFS

Kayla Brewe (*pro hac vice*)
LATHROP GPM LLP
190 Carondelet Plaza, Suite 1400
Clayton, MO 63105
Phone: (314) 613-2800
Fax: (314) 613-2801
kayla.brewe@lathropgpm.com

Blaine K. Bengtson (*pro hac vice*)
LATHROP GPM LLP
675 15th Street, Suite 2650
Denver, CO 80202
Phone: (720) 931-3200
Fax: (720) 931-3201
blaine.bengtson@lathropgpm.com

Wells Trompeter (TN BPR # 030380)
Edward M. Callaway (TN BPR # 016016)
Karolyn G. Perry (TN BPR # 036900)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
Fax: (615) 244-6804
Wells.Trompeter@hklaw.com
Ed.Callaway@hklaw.com
Karolyn.Perry@hklaw.com
ATTORNEYS FOR DEFENDANTS