# DAVIS & WHITLOCK

## ENVIRONMENTAL LAW

21 BATTERY PARK AVENUE, SUITE 206
ASHEVILLE, NC 28801
TEL: 828-622-0044 • FAX: 828-398-0435
WWW.ENVIROATTORNEY.COM

**GARY A. DAVIS**
LICENSED IN NC, TN, CA
GADAVIS@ENVIROATTORNEY.COM

**JAMES S. WHITLOCK**
LICENSED IN NC
JWHITLOCK@ENVIROATTORNEY.COM

**EMILY D. STEIN**
LICENSED IN NY, NC (PENDING)
ESTEIN@ENVIROATTORNEY.COM

August 10, 2022

*Via Certified Mail/Return Receipt Requested*

Mr. Michael Classen, P.E.
General Manager
Middle Point Landfill
750 E Jefferson Pike
Murfreesboro, Tennessee 37130

Mr. Michael S. Regan, Administrator
EPA Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Mr. David Salyers, P.E., Commissioner
Tennessee Department of Environment &
Conservation
312 Rosa L. Parks Ave.
Tennessee Tower - 2nd Floor
Nashville, TN 37243

Mr. Daniel Blackman
Regional Administrator
US EPA, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104

Ms. Jeaneanne Gettle
Water Division Director
US EPA, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104

Ms. Jennifer Dodd
Director, Division of Water Resources
Tennessee Department of Environment and
Conservation
312 Rosa L. Parks Ave.
Nashville, TN 37243

Re:     Notice of Intent to File Citizen Suit Pursuant to the Federal Clean Water Act

Dear Mr. Classen:

The purpose of this letter is to notify BFI Waste Systems of Tennessee, LLC ("BFI"), and its parent and/or controlling companies, Republic Services, Inc., and Republic Services of Tennessee, LLC (collectively as "Republic"), that the City of Murfreesboro, Tennessee, intends to file suit in sixty (60) days under section 505(a)(1) of the Clean Water Act ("CWA"), 33 U.S.C. § 1365(a)(1), in Federal District Court for violations of the Clean Water Act resulting from the discharge of toxic landfill leachate from the Middle Point Landfill into the East Fork Stones River and the discharge of concentrated toxic landfill leachate discharged to the Murfreesboro Publicly Owned Treatment Works ("POTW").

This Notice is sent on behalf of the following person:

The City of Murfreesboro, Tennessee
111 West Vine Street
Murfreesboro, TN 37130
Phone: 615-893-5210

Any contact should be through the undersigned attorneys.

## I. VIOLATIONS OF THE CLEAN WATER ACT

### A. Direct Discharges to Surface Waters Without a Permit.

"Except as in compliance with this section and sections 302, 306, 307, 318, 402, and 404 of this Act [33 USCS §§ 1312, 1316, 1317, 1328, 1342, 1344], the discharge of any pollutant by any person shall be unlawful." 33 USC § 1311.

1. Direct Discharge Through Groundwater.

The Middle Point Landfill ("MPL") has discharged and continues to discharge landfill leachate containing pollutants, including, but not limited to, per and-polyfluoroalkyl substances ("PFAS"), high chlorides, metals, sulfates, and toluene, through a point source without a permit pursuant to 33 U.S.C. § 1342. The PFAS discharged include perfluorooctanoic acid ("PFOA") and perfluorooctanesulfonic acid ("PFOS"), which are highly toxic substances associated with a variety of health effects at extremely low exposure levels, including kidney and testicular cancer, immune system damage, and developmental effects. The current EPA Interim Drinking Water Health Advisory for PFOA is 0.004 parts per trillion (ppt) and for PFOS is 0.02 ppt, which are essentially non-detection levels. Other toxic PFAS include perfluorobutane sulfonate ("PFBS") and perfluorohexanoic acid ("PFHxA"), which are associated with effects on the thyroid, reproductive organs and tissues, liver, lipids and lipoproteins, and kidneys, as well as developmental effects. The current EPA Interim Drinking Water Health Advisory for PFBS is 2,000 ppt, and no Advisory has been established for PFHxA at this time.

MPL has discharged and continues to discharge high levels of PFAS and other leachate pollutants to groundwater which has a direct and identifiable connection from MPL to the East Fork Stones River, surfacing as a spring discharge. This discharge from the MPL through groundwater to surface water is functionally equivalent to a direct discharge. The spring discharge is located on the banks of the river at 35.925231°N, -86.356987°W. This discharge is approximately 1.2 miles upstream of the City's drinking water intake at the Stones River Water Treatment Plant. The levels of PFAS in the spring on May 17, 2022, include 280 ppt of PFOA, 5.3 ppt of PFOS, 21 ppt of PFBS, and 220 ppt of PFHxA. On June 29, 2022, the levels of PFAS in the spring include 280 ppt of PFOA, 5.5 ppt of PFOS, 21 ppt of PFBS, and 260 ppt of PFHxA. These PFAS have also been found in extremely high levels in leachate discharged to the City's sewer system, as discussed in Section C, below. Other identifiable leachate pollutants include high chlorides, metals, sulfates, and toluene.

2. <u>Direct Discharge Through a Drainage Channel or Outfall.</u>

MPL has discharged and continues to discharge landfill leachate containing pollutants, including, but not limited to, PFAS, high chlorides, metals, sulfates, and toluene, through a point source without a permit pursuant to 33 U.S.C. § 1342 at or near (within 100 feet) its stormwater Outfall 2 into the East Fork Stones River on the west side of the MPL. The discharge at or near Outfall 2 is directly across the river from the City's Walter Hill Recreation Area, where boats are launched and people, including children, swim in the river. The levels of PFAS in this channel or outfall discharging to the river on May 17, 2022, include 230 ppt of PFOA, 42 ppt of PFOS, 49 ppt PFBS, and 230 ppt of PFHxA. On June 29, 2022, the levels of PFAS in this channel or outfall include 220 ppt of PFOA, 32 ppt of PFOS, 25 ppt of PFBS, and 210 ppt of PFHxA. Other identifiable leachate pollutants in the samples include high chlorides, metals, sulfates, and toluene.

The requirement for an NPDES permit authorizing these discharges arose at the time that the MPL first knew or should have known that it is discharging leachate pollutants containing PFAS and other pollutants into surface waters. Each day since that time is a violation of the CWA. Because these samples were taken during normal operation of the MPL, it is likely that these discharges have continued and will continue on a regular, if not constant, basis.

**B.    Direct Discharges of Landfill Leachate and PFAS in Violation of the Tennessee General NPDES Stormwater Permit.**

MPL's coverage under General NPDES Stormwater Permit Number No. TNR053250 ("Permit") does not authorize discharge of landfill leachate and landfill wastewater, as defined by 40 CFR Part 445.2(f). Section 1.2.3 of the Permit prohibits the discharge of stormwater discharges associated with industrial activity that are mixed with sources of non-stormwater. MPL is covered under Sector L - Stormwater Discharges Associated With Industrial Activity From Landfills and Land Application Sites, because it has received and continues to receive industrial wastes. Paragraph 2 of Sector L prohibits non-stormwater discharges. Landfill leachate and landfill wastewater are not stormwater.

MPL has discharged and continues to discharge landfill leachate containing pollutants, including PFAS, high chlorides, metals, sulfates, and toluene, at or near (within 100 feet) its stormwater Outfall 2 into the East Fork Stones River on the west side of the MPL. The discharge at or near Outfall 2 is directly across the river from the City's Walter Hill Recreation Area, where boats are launched and people, including children, swim in the river. The levels of PFAS in Outfall 2 on May 17, 2022, include 230 ppt of PFOA, 42 ppt of PFOS, 49 ppt PFBS, and 230 ppt of PFHxA. On June 29, 2022, the levels of PFAS in Outfall 2 include 220 ppt of PFOA, 32 ppt of PFOS, 25 ppt of PFBS, and 210 ppt of PFHxA. Other identifiable leachate pollutants in the samples include high chlorides, metals, sulfates, and toluene.

The landfill leachate pollutants, including PFAS, discharged at or near Outfall 2 are not authorized by the NPDES Stormwater Permit, nor has MPL ever notified TDEC that landfill leachate, including PFAS, is part of its stormwater. PFAS are not natural components of stormwater, and are, instead, components of MPL's landfill leachate and landfill wastewater, as discussed in Section C, below. On at least May 17, 2022, and June 29, 2022, MPL discharged

3

landfill leachate and landfill wastewater containing leachate pollutants, including PFAS, in violation of its General NPDES Permit. If it is determined that the discharge channel sampled on May 17, 2022, and June 29, 2022, is not the precise location of Stormwater Outfall 2, then these discharges are a violation of the Permit because they were not through an authorized discharge point identified by MPL in its Notice of Coverage and/or Stormwater Pollution Prevention Plan.

These discharges are continuing and will continue in the future. Each day MPL continues to discharge landfill leachate and landfill wastewater containing leachate pollutants, including PFAS, through Outfall 2, or an unauthorized channel near Outfall 2, is a violation of the General NPDES Permit and the CWA. Because these samples were taken during normal operation of the MPL, it is likely that these discharges have continued and will continue on a regular, if not constant, basis.

In addition, MPL violated the Permit on at least the following dates by allowing landfill leachate (non-stormwater) to mix with stormwater, as shown by Tennessee Department of Environmental Conservation, ("TDEC") inspections:

- March 17, 2020, leachate from leachate containment pond entered Stormwater Pond #3, from which it was discharged to the East Fork Stones River.
- January 15-19, 2021, leachate entered stormwater pond on north side and was likely discharged to East Fork Stones River.
- June 16-18, 2021, leachate outbreaks on eastern sides of the landfill outside landfill cell likely entering stormwater ponds.
- February 22, 2022, leachate outbreak on eastern slope of Cell 10 and likely entering stormwater pond or drainage feature.

These leachate discharge violations are indicative of an ongoing failure to control leachate outbreaks, which inevitably mix with stormwater when there is precipitation at the MPL. The mixture of leachate and stormwater has discharged and continues to discharge from stormwater outfalls at the MPL in violation of the Permit.

C. **Discharge of Concentrated Landfill Leachate to the Murfreesboro POTW in Violation of Pretreatment Standards.**

MPL has an Industrial User Discharge Permit (IUDP 021-A) issued by the City in 2019 for the discharge of landfill leachate into the City's Publicly Owned Treatment Works, pursuant to the City's sewer use ordinance, Section 33 of the Murfreesboro City Code ("Code").

Section 33-36(B)(1)(e) of the Code prohibits the discharge of waters or wastes having toxic, poisonous or incompatible pollutants in such quantities as to constitute a hazard to humans or animals without obtaining authorization from the City. Section 33-36(G)(5)(b) of the Code and Part 3.C. of the IUDP requires MPL to notify the City of a substantial change in the volume or character of pollutants in the MPL discharge.

MPL has been discharging and continues to discharge extremely high levels of toxic PFAS to the Murfreesboro POTW. On May 24, 2022, and June 29, 2022, leachate samples taken by the

4

City showed levels of PFOA as high as 380,000 ppt; levels of PFOS as high as 15,000 ppt; levels of PFBS as high as 21,000 ppt; and levels of PFHxA as high as 35,000 ppt. These levels of PFOA and PFOS are 15-70 times higher than those found in typical landfill leachate as reported in the publicly available literature and government reports. These levels constitute a hazard to humans and animals.

MPL, and the landfill industry, have known for at least 10 years that landfill leachate typically contains PFAS and that conventional POTWs, such as the one operated by the City, cannot destroy or remove PFAS. However, MPL has never obtained authorization from the City to discharge these toxic, poisonous, and incompatible pollutants in its leachate, in violation of Sections 33-36(B)(1)(e) of the Code. Nor has MPL notified the City of this substantial change in the character of pollutants in its discharge, as compared to information submitted to the City, in violation of Section 33-36(G)(5)(b) of the Code and Part 3.C. of the IUDP. It is unlikely that the composition has changed substantially since June 29, 2022; therefore, the violations have continued and will continue in the future as long as the PFAS discharges continue without the City's authorization.

## II. CONCLUSION

Thank you for your prompt attention to the on-going serious violations of federal, Tennessee, and local law by MPL. Unless the U.S. Environmental Protection Agency or TDEC commences and diligently prosecutes an action in court to address these violations within sixty (60) days, we intend to file a citizen suit under section 505(a) of the Clean Water Act for the violations discussed above. In addition to these violations, this notice covers all violations of the Clean Water Act evidenced by information which becomes available to us after the date of this Notice of Intent to Sue. Pursuant to the Clean Water Act, we will seek civil penalties, attorneys' fees and costs, as well as an injunction against continued illegal discharges.

Sincerely,

Gary A. Davis

cc: Merrick B. Garland
US Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Elizabeth Murphy *(via email)*
Adam Tucker *(via email)*
Lisa Helton *(via email)*

5