

**DAVIS**
ENVIRONMENTAL
ATTORNEYS

21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Tel: 828-622-0044 · Fax: 828-398-0435
www.enviroattorney.com

**Gary A. Davis**
Licensed In NC, TN, CA
gadavis@enviroattorney.com

January 15, 2023

**Keith A. Johnston**
Licensed In TN, AL, DC
kjohnston@enviroattorney.com

*Via Certified Mail/Return Receipt Requested*

Mr. Michael Classen, P.E.
General Manager
Middle Point Landfill
750 E. Jefferson Pike
Murfreesboro, Tennessee 37130

Mr. David Salyers, P.E., Commissioner
Tennessee Dept. of Environment &
Conservation
312 Rosa L. Parks Ave.
Tennessee Tower – 2nd Floor
Nashville, TN 37243

Ms. Denisse Diaz
Acting Water Division Director
US EPA, Region 4
San Nunn Atlanta Federal Center
61 Forsyth Street, NW
Atlanta, GA 30303-3104

Mr. Michael S. Regan, Administrator
EPA Office of the Administrator
Mail Code 1101 A
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Ms. Jeaneanne Gettle
Acting Regional Administrator
US EPA, Region 4
San Nunn Atlanta Federal Center
61 Forsyth Street, NW
Atlanta, GA 30303-3104

Ms. Jennifer Dodd
Director, Division of Water Resources
Tennessee Dept. of Environment &
Conservation
312 Rosa L. Parks Ave.
Tennessee Tower
Nashville, TN 37243

Re:   Second Addendum to August 10, 2022, Notice of Intent to File Citizen Suit Pursuant to the Federal Clean Water Act

Dear Mr. Classen, *et. al*:

The purpose of this letter is to notify BFI Waste Systems of Tennessee, LLC ("BFI"), and its parent and/or controlling companies, Republic Services, Inc., and Republic Services of Tennessee, LLC (collectively as "Defendants"), that the City of Murfreesboro, Tennessee, ("City") intends to amend its current citizen suit or file a new citizen suit against Defendants in sixty (60) days under section 505(a)(1) of the Clean Water Act ("CWA"), 33 U.S.C. § 1365(a)(1), in Federal District Court for additional and continued violations of the CWA resulting from the discharge of toxic landfill leachate from the Middle Point Landfill ("MPL" or "landfill") into the East Fork Stones River and the discharge of concentrated toxic landfill leachate discharged to the

Murfreesboro Publicly Owned Treatment Works ("POTW"). These additional violations have been discovered since the City first served its initial August 10, 2022, Notice of Intent to File Citizen Suit ("August Notice") and First Addendum Notice of Intent to File Citizen ("November Notice"). Both of these notice letters are attached as Exhibits A and B.[1] The violations in this Second Addendum are in addition to those violations found in the August and November Notices.

Similar to the violations in the August and November Notices, the additional violations of the CWA set forth in this Second Addendum arise out of the illegal discharges of toxic landfill leachate containing, among other pollutants, per- and polyfluoroalkyl substances ("PFAS") from the MPL to the East Fork Stones River and its tributaries, as well as the City's POTW. The East Fork Stones River serves as a drinking water source for the City of Murfreesboro and a recreational area for City residents.

This Second Addendum to the August Notice is sent on behalf of the following person:

The City of Murfreesboro, Tennessee
111 West Vine Street
Murfreesboro, TN 37130
Phone: 615-893-5210

Any contact should be through the undersigned attorneys.

## I. VIOLATIONS OF THE CLEAN WATER ACT

### A. Additional and Continued Direct Discharges to Surface Waters Without a Permit.

"Except as in compliance with this section and sections 302, 306, 307, 318, 402, and 404 of this Act [33 USCS §§ 1312, 1316, 1317, 1328, 1342, 1344], the discharge of any pollutant by any person shall be unlawful." 33 USC § 1311.

1. Direct Discharges Through Groundwater

As set out in the August and November Notices, the Middle Point Landfill ("MPL") has discharged and continues to discharge landfill leachate containing pollutants, including, but not limited to, per- and polyfluoroalkyl substances ("PFAS"), high chlorides, metals, and sulfates through point sources without a permit pursuant to 33 U.S.C. § 1342. The PFAS discharged include perfluorooctanoic acid ("PFOA") and perfluorooctanesulfonic acid ("PFOS"), which are highly toxic substances associated with a variety of health effects at extremely low exposure levels, including kidney and testicular cancer, immune system damage, and developmental effects. The current EPA Interim Drinking Water Health Advisory for PFOA is 0.004 parts per trillion (ppt) and for PFOS is 0.02 ppt, which are essentially non-detection levels. On March 14, 2023, EPA issued a proposed drinking water Maximum Contaminant Level ("MCL") for PFOA and PFOS of

---

[1] *City of Murfreesboro, Tennessee v. BFI Waste Systems of Tennessee, et al.* 3:22-cv-00605 (M.D. TN); [ECF Doc. 70].

4 ppt, with a Maximum Contaminant Level Goal ("MCLG") of 0, with a finding that these two PFAS are likely to cause cancer (e.g., kidney and liver cancer) and that there is no dose below which either chemical is considered safe. Other toxic PFAS include perfluorobutane sulfonate ("PFBS") and perfluorohexanoic acid ("PFHxA"), which are associated with effects on the thyroid, reproductive organs and tissues, liver, lipids and lipoproteins, and kidneys, as well as developmental effects. EPA also proposed MCLs for PFBS and PFHxA in March 2023.

a. <u>Bubba Spring</u>

This Second Addendum identifies additional discharges of contaminants at or near a monitoring point for MPL referred to as "Bubba Spring," near Outfall 2 of the landfill. The approximate latitude and longitude of this sampling location is 35°56'30.34"N, 86°22'26.77"W. A detailed description of this location is found in Ex. B, at p. 3, to this letter. This groundwater discharge is also directly across from the City's Walter Hill Recreation Area where adults and children swim, fish, boat, and recreate.

Additional sampling events at this location were taken on December 30, 2022 and September 19 and 20, 2023. Those results are below:

| Date | PFOA[2] | PFHxA | PFPeA | PFBA | PFDA | Ammonia | Aluminum[3] |
|---|---|---|---|---|---|---|---|
| 12/30/2022 | 2,100 | 130 | 76 | 51 | 37 | 0.18 mg/L | 8.42 mg/L |

----

| Date | PFOA | PFOS | PFHxA | PFPeA | PFBA | PFHpA | PFBS | PFDA | PFHxS |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | 750 | 27 | 670 | 390 | 220 | 130 | 110 | 34 | 21 |

| Date | PFNA | Aluminum | Ammonia |
|---|---|---|---|
| 09/19/2023 | 20 | 0.408 mg/L | 1.1 mg/L |

----

In addition, defendants in this matter have a posted sign describing Bubba Spring just east of the location above. The approximate latitude and longitude of this sampling location is 35.94177° N, 86.37371° W. Sampling results for some of the PFAS contaminants are below:

| Date | PFOA | PFOS | PFHxA | PFPeA | PFHpA | PFBS | PFDA | PFBA |
|---|---|---|---|---|---|---|---|---|
| 09/20/2023 | 590 | 30 | 700 | 430 | 150 | 130 | 40 | 240 |

| Date | PFNA | Ammonia |
|---|---|---|
| 09/20/2023 | 18 ng/L | 1.6 mg/L |

---

[2] All contaminants measured in parts per trillion ("ppt") unless otherwise indicated.
[3] Dissolved.

Each day that MPL continues to discharge landfill leachate and landfill wastewater containing leachate pollutants, including PFAS, through this contaminated spring is a violation of the CWA for discharges without a permit. Because this sample was taken during normal operation of the MPL and the contaminated spring was flowing, it is likely that this discharge has continued and will continue on a regular, if not constant, basis.

### b. Matthews Lake Spring

This Second Addendum identifies additional discharges of contaminants on the banks of East Fork Stones River. This location was cited in the City's August Notice at 35.925231°N, -86.356987°W. Ex. A, p. 3. This discharge is approximately 1.2 miles upstream from the City's drinking water intake at the Stones River Water Treatment Plant.

Additional sampling events at this location were taken on December 29, 2022 and October 19, 2023. Those results are below:

| Date | PFOA[4] | PFHxA | PFPeA | PFBA | PFHpA | PFDA | PFBS | PFNA |
|---|---|---|---|---|---|---|---|---|
| 12/29/2022 | 360 | 310 | 240 | 120 | 150 | 37 | 30 | 19 |

----

| Date | PFOA | PFHxA | PFPeA | PFBA | PFHpA | PFBS | PFDA | PFNA |
|---|---|---|---|---|---|---|---|---|
| 10/19/2023 | 220 | 200 | 150 | 80 | 74 | 28 | 25 | 14 |

Each day that MPL continues to discharge landfill leachate and landfill wastewater containing leachate pollutants, including PFAS, through this contaminated spring is a violation of the CWA for discharges without a permit. Because this sample was taken during normal operation of the MPL and the contaminated spring was flowing, it is likely that this discharge has continued and will continue on a regular, if not constant, basis.

### 2. Direct Discharge Through a Drainage Channel or Outfall

MPL has discharged and continues to discharge landfill leachate containing pollutants, including, but not limited to, PFAS, through a point source without a permit pursuant to 33 U.S.C. § 1342 at or near (within 100 feet) its stormwater Outfall 2 (located at approximately 35.94177°N, 86.37404°W) into the East Fork Stones River on the west side of the MPL. These discharges are continuous and in addition to the discharges identified in the August and November Notices. The discharge at or near Outfall 2 is directly across the river from the City's Walter Hill Recreation Area. People, including children, regularly recreate in this area, including, but not limited to, boating, swimming, and fishing.

---

[4] All contaminants measured in parts per trillion ("ppt") unless otherwise indicated.

Additional sampling events at this location were taken on December 29, 2022, and September 19, 2023. Those results are below:

| Date | PFOA[5] | PFOS | PFHxA | PFPeA | PFBA | PFHpA | PFBS | PFDA | PFHxS |
|------|------|------|-------|-------|------|-------|------|------|-------|
| 12/29/2022 | 350 | 26 | 390 | 270 | 130 | 72 | 65 | 16 | 37 |

| Date | PFNA | Nitrate | Ammonia |
|------|------|---------|---------|
| 12/29/2022 | 9.8 | 1.2 mg/L | 0.40 mg/L |

----

| Date | PFOA | PFOS | PFHxA | PFPeA | PFBA | PFHpA | PFBS | PFDA | PFHxS |
|------|------|------|-------|-------|------|-------|------|------|-------|
| 09/19/2023 | 310 | 33 | 540 | 360 | 170 | 89 | 88 | 31 | 37 |

| Date | PFNA | Aluminum[6] |
|------|------|----------|
| 09/19/2023 | 12 | 0.311 mg/L |

In addition, the location identified by Defendants' consultants as Outfall 2, located approximately 100 feet upstream from the location mentioned above was sampled on September 19, 2023. The approximate location of this sampling point is 35.941°N, 86.373°W, and the results are below:

| Date | PFOA | PFOS | PFHxA | PFPeA | PFBA | PFHpA | PFBS | PFDA | PFHxS |
|------|------|------|-------|-------|------|-------|------|------|-------|
| 09/19/2023 | 330 | 31 | 560 | 330 | 170 | 87 | 88 | 28 | 33 |

Each day that MPL continues to discharge landfill leachate and landfill wastewater containing leachate pollutants, including PFAS, through or near this outfall is a violation of the CWA. It is likely that this discharge has continued and will continue on a regular, if not constant, basis.

### B. Direct Discharges of Landfill Leachate and PFAS in Violation of the Tennessee General NPDES Stormwater Permit.

MPL's coverage under General NPDES Stormwater Permit Number No. TNR053250 ("Permit") does not authorize discharge of landfill leachate and landfill wastewater, as defined by 40 CFR Part 445.2(f). Section 1.2.3 of the Permit prohibits the discharge of stormwater discharges associated with industrial activity that are mixed with sources of non-stormwater. MPL is covered under Sector L - Stormwater Discharges Associated With Industrial Activity From Landfills and Land Application Sites, because it has received and continues to receive industrial wastes.

---

[5] All contaminants measured in parts per trillion ("ppt") unless otherwise indicated.
[6] Dissolved.

Paragraph 2 of Sector L prohibits non-stormwater discharges. Landfill leachate and landfill wastewater are not stormwater.

MPL has discharged and continues to discharge landfill leachate containing pollutants, including PFAS, at or near (within 100 feet) its stormwater Outfall 2 into the East Fork Stones River on the west side of the MPL. The discharge at or near Outfall 2 is directly across the river from the City's Walter Hill Recreation Area, where adults and children swim, fish, boat, and recreate.

Additional sampling events at this location were taken on December 29, 2022, and September 19, 2023. Those results are below:

| Date | PFOA[7] | PFOS | PFHxA | PFPeA | PFBA | PFHpA | PFBS | PFDA | PFHxS |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/2022 | 350 | 26 | 390 | 270 | 130 | 72 | 65 | 16 | 37 |

| Date | PFNA | Nitrate | Ammonia |
|---|---|---|---|
| 12/29/2023 | 9.8 | 1.2 mg/L | 0.40 mg/L |

----

| Date | PFOA | PFOS | PFHxA | PFPeA | PFBA | PFHpA | PFBS | PFDA | PFHxS |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | 310 | 33 | 540 | 360 | 170 | 89 | 88 | 31 | 37 |

| Date | PFNA | Aluminum[8] |
|---|---|---|
| 09/19/2023 | 12 | 0.311 mg/L |

In addition, the location identified by Defendants' consultants as Outfall 2, located approximately 100 feet upstream from the location mentioned above was sampled on September 19, 2023. The approximate location of this sampling point is 35.941°N, 86.373°W, and the results are below:

| Date | PFOA | PFOS | PFHxA | PFPeA | PFBA | PFHpA | PFBS | PFDA | PFHxS |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | 330 | 31 | 560 | 330 | 170 | 87 | 88 | 28 | 33 |

The landfill leachate pollutants, including PFAS, discharged at or near Outfall 2 are not authorized by the NPDES Stormwater Permit, nor has MPL ever notified TDEC that landfill leachate, including PFAS, is part of its stormwater. PFAS are not natural components of stormwater, and are, instead, components of MPL's landfill leachate and landfill wastewater. On at least May 17, June 29, December 29, 2022, and September 19, 2023, MPL discharged landfill

---

[7] All contaminants measure in parts per trillion ("ppt") unless otherwise indicated.
[8] Dissolved.

leachate and landfill wastewater containing leachate pollutants, including PFAS, in violation of its General NPDES Permit. *See* Ex. A and B.

These leachate discharge violations are indicative of an ongoing failure to control leachate outbreaks, which inevitably mix with stormwater when there is precipitation at the MPL. The mixture of leachate and stormwater has discharged and continues to discharge from stormwater outfalls at the MPL in violation of the Permit.

### C. Newly Discovered Stormwater Outfall Discharging to CWA Jurisdictional Water

On or about January 9, the City conducted additional surface water sampling at MPL. During this sampling event, the City discovered a stormwater outfall discharging to jurisdictional CWA waters that is not authorized under MPL's NPDES permit and is not identified as a discharge in MPL's Stormwater Pollution Prevention Plan. A stormwater channel, located on the southern side of MPL, discharges to a stream located at 35.92959°N, 86.37268056°W. This stream is not directed to a sedimentation pond and discharges directly to a jurisdictional stream under the CWA. Samples were taken, but the results are not yet available.

Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits the discharge of pollutants from a point source into waters of the United States unless the discharge is in compliance with various enumerated sections of the CWA. One of these enumerated sections, Section 402, 33 U.S.C. § 1342, requires a NPDES permit for the discharge of pollutants into jurisdictional waters. Each discharge not authorized by a permit is a violation of the CWA.

This discharge is also prohibited by the General NPDES Stormwater Permit Number No. TNR053250 ("Permit") that covers MPL, because the MPL did not identify this discharge in its Notice of Intent and did not identify or sample this discharge in its annual stormwater monitoring in October 2023, as reported to TDEC in December 2023.

### D. Discharge of Concentrated Landfill Leachate to the Murfreesboro POTW in Violation of Pretreatment Standards.

MPL has an Industrial User Discharge Permit (IUDP 021-A) issued by the City in 2019 for the discharge of landfill leachate into the City's Publicly Owned Treatment Works, pursuant to the City's sewer use ordinance, Section 33 of the Murfreesboro City Code ("Code").

Section 33-36(B)(1)(e) of the Code prohibits the discharge of waters or wastes having toxic, poisonous or incompatible pollutants in such quantities as to constitute a hazard to humans or animals without obtaining authorization from the City. Section 33-36(G)(5)(b) of the Code and Part 3.C. of the IUDP requires MPL to notify the City of a substantial change in the volume or character of pollutants in the MPL discharge.

MPL has been discharging and continues to discharge extremely high levels of toxic PFAS to the Murfreesboro POTW. In addition to samples described in the City's August Notice, samples

taken on September 19, 2023, continued to show extraordinarily high levels of PFAS contaminants.

----

| Date | PFOA | PFOS | PFPeA | PFBA | PFHpA | PFHxA | PFBS | PFHxA |
|---|---|---|---|---|---|---|---|---|
| 09/19/2023 | 8700 | 710 | 4800 | 5400 | 2200 | 20000 | 28000 | 20000 |

These levels of PFOA, PFOS, and their progeny are significantly higher than those found in typical landfill leachate in the United States as reported in the publicly available literature and government reports. These levels constitute a hazard to humans and animals.

MPL, and the landfill industry, have known for at least 10 years, and likely more, that landfill leachate typically contains PFAS and that conventional POTWs, such as the one operated by the City, cannot destroy or remove PFAS. However, MPL has never obtained authorization from the City to discharge these toxic, poisonous, and incompatible pollutants in its leachate, in violation of Sections 33-36(B)(1)(e) of the Code. Nor has MPL notified the City of this substantial change in the character of pollutants in its discharge, as compared to information submitted to the City, in violation of Section 33-36(G)(5)(b) of the Code and Part 3.C. of the IUDP. It is unlikely that the composition has changed substantially since the samples were taken in September 2023; therefore, the violations have continued and will continue in the future as long as the PFAS discharges continue without the City's authorization.

## II. CONCLUSION

Thank you for your prompt attention to the on-going serious violations of federal, Tennessee, and local law by MPL. Unless the U.S. Environmental Protection Agency or TDEC commences and diligently prosecutes an action in court to address these violations within sixty (60) days of this Second Addendum, the City intends to amend its current citizen suit or file a new citizen suit against Defendants under section 505(a) of the Clean Water Act for the continued violations discussed above and those violations identified in the August and November Notices. In addition to these violations, this notice covers all violations of the CWA evidenced by information which becomes available to us after the date of this Second Addendum. Pursuant to the CWA, we will seek civil penalties, attorneys' fees and costs, as well as an injunction against continued illegal discharges.

Sincerely,

Keith A. Johnston
Gary A. Davis

cc:   Merrick B. Garland
      US Attorney General

US Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Elizbeth Murphy (*via e-mail*)
Adam Tucker (*via e-mail*)
Lisa Helton (*via e-mail*)
John Farriger (*via e-mail*)
Hunter Branstetter (*via e-mail*)