. **GARY A. DAVIS**
Licensed in NC, TN, CA
gadavis@enviroattorney.com

**KEITH A. JOHNSTON**
Licensed in AL, DC, TN
kjohnston@enviroattorney.com

**LOUIS W. RINGGER, III (BILLY)**
Licensed in TN
bringger@enviroattorney.com

# DAVIS, JOHNSTON, & RINGGER, PC
ENVIRONMENTAL LAW
www.enviroattorney.com

21 Battery Park Ave, Suite 206
Asheville, NC 28801
Tel: 828-622-0044
Fax: 828-398-0435

September 15, 2025

***Via Certified Mail/Return Receipt Requested***

Ms. Lindsey Turtle
General Manager
Middle Point Landfill
750 E. Jefferson Pike
Murfreesboro, Tennessee 37130

Mr. David Salyers, P.E., P.G.
Commissioner Tennessee Dept. of
Environment & Conservation
Davy Crockett Tower
500 James Robertson Parkway
9th Floor
Nashville, TN 37243

Ms. Kathlene (Katie) Butler
Water Division Director
US EPA, Region 4
San Nunn Atlanta Federal Center
61 Forsyth Street, NW
Atlanta, GA 30303-3104

Mr. Lee Zeldin
Administrator
Environmental Protection Agency
Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Mr. Kevin J. McOmber, P.E.
Regional Administrator
US EPA, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104

Ms. April Grippo
Director, Division of Water Resources
Tennessee Dept. of Environment &
Conservation
Davy Crockett Tower
500 James Robertson Parkway
9th Floor
Nashville, TN 37243

Re:  Third Addendum to August 10, 2022, Notice of Intent to File Citizen Suit Pursuant to the Federal Clean Water Act

Dear Ms. Turtle, *et. al:*

The purpose of this letter is to notify BFI Waste Systems of Tennessee, LLC ("BFI"), and its parent and/or controlling companies, Republic Services, Inc., and Republic Services of Tennessee, LLC (collectively as "Defendants"), that the City of Murfreesboro, Tennessee, ("City") intends to amend its current citizen suit or file a new citizen suit against Defendants in sixty (60) days under section 505(a)(l) of the Clean Water Act ("CWA"), 33 U.S.C. § 1365(a)(l), in Federal District Court for additional and continued violations of the CWA resulting from the discharge of toxic landfill leachate from the Middle Point Landfill ("MPL" or "landfill") into the East Fork Stones River, and the discharge of concentrated toxic

landfill leachate discharged to the Murfreesboro Publicly Owned Treatment Works ("POTW").[1] These additional violations have been discovered since the City served its initial August 10, 2022, Notice of Intent to File Citizen Suit ("August Notice" attached as Ex. A), First Addendum Notice of Intent to File Citizen ("November Notice" attached as Ex. B) sent on November 21, 2022, and Second Addendum to August 10. 2022, Notice of Intent to File Citizen Suit ("January Notice" attached as Ex. C) sent on January 15, 2024.[2] The violations in this Third Addendum are in addition to those violations found in the August, November, and January Notices of Intent to Sue.

Similar to the violations in the August, November, and January Notices, the additional violations of the CWA set forth in this Third Addendum arise out of the illegal discharges of toxic landfill leachate containing, among other pollutants, per- and polyfluoroalkyl substances ("PFAS") from the MPL to the East Fork Stones River and its tributaries, as well as the City's POTW. The East Fork Stones River serves as a drinking water source for the City of Murfreesboro and for Rutherford County, Tennessee, and a recreational area for City residents.

This Third Addendum to the August Notice is sent on behalf of the following person:

The City of Murfreesboro, Tennessee
111 West Vine Street Murfreesboro, TN 37130
Phone: 615-893-5210

Any contact should be through the undersigned attorneys.

## I.     VIOLATIONS OF THE CLEAN WATER ACT

### A. Additional and Continued Direct Discharges to Surface Waters Without a Permit.

"Except as in compliance with this section and sections 302, 306, 307, 318, 402, and 404 of this Act [33 USCS §§ 1312, 1316, 1317, 1328, 1342, 1344], the discharge of any pollutant by any person shall be unlawful." 33 USC § 1311.

### 1. Direct Discharges Through Groundwater

As set out in the August, November, and January Notices, the Middle Point Landfill ("MPL") has discharged and continues to discharge landfill leachate containing pollutants, including, but not limited to, per- and polyfluoroalkyl substances ("PFAS"), high chlorides, metals, and sulfates through point sources without a permit pursuant to 33 U.S.C. § 1342. The PFAS discharged include perfluorooctanoic acid ("PFOA") and perfluorooctanesulfonic acid ("PFOS"),

---

[1] The current citizen suit is *City of Murfreesboro, Tennessee v. BFI Waste Systems of Tennessee, et al.* 3:22-cv-00605 (M.D. TN).

[2] The date on the Second Addendum Notice was incorrectly transcribed as January 15, 2023, and the actual date the letter was sent was January 15, *2024*. The return receipts confirm the correct date that the Second Addendum Notice was sent.

which are highly toxic substances associated with a variety of health effects at extremely low exposure levels, including kidney and testicular cancer, immune system damage, and developmental effects. The current EPA Drinking Water Maximum Contaminant Level ("MCL") for PFOA and PFOS is 4.0 parts per trillion (ppt), individually or combined, with a Maximum Contaminant Level Goal ("MCLG") of 0 based on a finding that these two PFAS are likely to cause cancer (e.g., kidney and liver cancer) and that there is no dose below which either chemical is considered safe. Other toxic PFAS in the illegal discharges include perfluorobutane sulfonate ("PFBS"), perfluorohexane sulfonate ("PFHxS"), perfluorononanoic acid ("PFNA"), and perfluorohexanoic acid ("PFHxA"), which are associated with effects on the thyroid, reproductive organs and tissues, liver, lipids and lipoproteins, and kidneys, as well as developmental effects. The MCL for PFNA and PFHxS is 10 ppt, and there is a hazard index for mixtures of PFHxS, PFNA, PFBS, and GenX ("HFPO-DA"). However, EPA announced May 14, 2025, it intends to rescind the MCLs for PFHxS, PFNA, HFPO-DA and the Hazard Index mixture of these three plus PFBS and would reconsider the regulatory determinations for these four PFAS. This will require a rulemaking process. Other PFAS found include perfluorobutanoic acid ("PFBA"), perfluorohexanoic acid ("PFHxA"), perfluoropropanoic acid ("PFPeA"), perfluoroheptanoic acid ("PFHpA"), and perfluorodecanoic acid ("PFDA"), homologues of PFOA. EPA has indicated no intention of rescinding the MCL for PFOA or PFOS.

### a. Bubba Spring

This Third Addendum identifies additional discharges of contaminants at or near a monitoring point for MPL referred to as "Bubba Spring," near permitted Outfall 2 of the landfill. The approximate latitude and longitude of this sampling location is 35°56'30.34" N, 86°22'26.77" W. This groundwater discharge is directly across from the City's Walter Hill Recreation Area where adults and children swim, fish, boat, and recreate. Additional samples were taken at this location on January 9, 2024. Those results are below:

| Date | PFOA[3] | PFOS | PFNA | PFHxS | PFBS | PFBA | PFHxA | PFPeA | PFHpA | PFDA |
|------|---------|------|------|-------|------|------|-------|-------|-------|------|
| 1/9/2024 | 860 | 30 | 10 | 21 | 85 | 120 | 350 | 210 | 65 | 14 |

In addition, the common landfill leachate constituents, aluminum and ammonia, were found at 0.396 mg/l and 0.36 mg/l, respectively.

Each day MPL continues to discharge landfill leachate and landfill wastewater containing leachate pollutants, including PFAS, through this contaminated spring is a violation of the CWA for discharges without a permit. Because this sample was taken during normal operation of the MPL and the contaminated spring was flowing, it is likely that this discharge has continued and will continue on a regular, if not constant, basis.

### b. Matthews Lake Spring

---

[3] All contaminants measured in parts per trillion ("ppt") unless otherwise indicated.

This Third Addendum identifies additional discharges of contaminants on the banks of East Fork Stones River. This location was cited in the City's August and January Notices at 35.925231°N, 86.356987°W. This discharge is approximately 1.2 miles upstream from the City's drinking water intake at the Stones River Water Treatment Plant.

Additional samples at this location were taken on December 19, 2023, December 23, 2024, and June 12, 2025. Those results are below:

| Date | PFOA | PFOS | PFNA | PFHxS | PFBS | PFBA | PFHxA | PFPeA | PFHpA | PFDA |
|------|------|------|------|-------|------|------|-------|-------|-------|------|
| 12/19/23 | 120 | 1.7 | 7.6 | 2.2 | 19 | 52 | 130 | 82 | 45 | 11 |
| Duplicate | 120 | 1.5 | 6.9 | 2.4 | 18 | 53 | 130 | 83 | 45 | 12 |
| 12/23/24 | 25 | 0.71 | 1.7 | 0.88 | 7.5 | 14 | 26 | 17 | 9.2 | 2.0 |
| Duplicate | 26 | 0.71 | 1.8 | 0.92 | 7.3 | 13 | 25 | 16 | 9.0 | 2.3 |
| 6/12/2025 | 170 | 4.0 | 5.1 | 2.3 | 42 | 62 | 140 | 120 | 53 | 26 |

In addition, the common landfill leachate constituent, aluminum, was found at 0.122 mg/L and 117 mg/L (12/19/23), 0.18 mg/L and 0.17 mg/L (12/23/24), and 0.2 mg/L (6/12/25).

Each day MPL continues to discharge landfill leachate and landfill wastewater containing leachate pollutants, including PFAS, through this contaminated spring is a violation of the CWA for discharges without a permit. Because this sample was taken during normal operation of the MPL and the contaminated spring was flowing, it is likely that this discharge has continued and will continue on a regular, if not constant, basis.

## 2. **Direct Discharge Through a Drainage Channel or Outfall**

MPL has discharged and continues to discharge landfill leachate containing pollutants, including, but not limited to, PFAS, through a point source without a permit pursuant to 33 U.S.C. § 1342 at or near (within 100 feet) its stormwater Outfall 2 (located at approximately 35.94177°N, 86.37404°W) into the East Fork Stones River on the west side of the MPL. These discharges are continuous and in addition to the discharges identified in the August, November, and January Notices. The discharge at or near Outfall 2 is directly across the river from the City's Walter Hill Recreation Area. People, including children, regularly recreate in this area, including, but not limited to, boating, swimming, and fishing. This point source is also upstream of another drinking water intake for the City of Murfreesboro and an intake for the Consolidated Utility District of Rutherford County, which supplies drinking water to a large number of Murfreesboro residents.

Additional samples at this location were taken on December 29, 2024, and June 12, 2025. Those results are below:

| Date | PFOA | PFOS | PFNA | PFHxS | PFBS | PFBA | PFHxA | PFPeA | PFHpA | PFDA |
|------|------|------|------|-------|------|------|-------|-------|-------|------|
| 12/29/2024 | 550 | 54 | 23 | 60 | 200 | 240 | 720 | 590 | 720 | 36 |
| 6/12/2025 | 390 | 51 | 17 | 52 | 170 | 150 | 660 | 410 | 140 | 30 |
| Duplicate | 360 | 44 | 18 | 53 | 190 | 160 | 500 | 340 | 150 | 30 |

In addition, the common landfill leachate constituents, aluminum and ammonia, were found on 12/29/24 at 0.35 mg/l and 0.11 mg/l, respectively, and on 6/12/25 at 1.0 mg/L (dup. 1.0 mg/L) and 0.41 mg/L (dup. 0.43 mg/L), respectively.

Each day MPL continues to discharge landfill leachate and landfill wastewater containing leachate pollutants, including PFAS, through or near this outfall is a violation of the CWA. It is likely that this discharge has continued and will continue on a regular, if not constant, basis.

## B. Direct Discharges of Landfill Leachate and PFAS in Violation of the Tennessee General NPDES Stormwater Permit.

MPL's coverage under General NPDES Stormwater Permit Number No. TNR053250 ("Permit") does not authorize discharge of landfill leachate and landfill wastewater, as defined by 40 CFR Part 445.2(f). Section 1.2.3 of the Permit prohibits the discharge of stormwater discharges associated with industrial activity that are mixed with sources of non-storm water. MPL is covered under Sector L - Stormwater Discharges Associated With Industrial Activity From Landfills and Land Application Sites, because it has received and continues to receive industrial wastes. Paragraph 2 of Sector L prohibits non-stormwater discharges. Landfill leachate and landfill wastewater are not stormwater.

In addition, an amended General NPDES Stormwater Permit No. TNR053250 became effective July 1, 2025, and contains amended language in Sector L - Stormwater Discharges Associated With Industrial Activity From Landfills and Land Application Sites. Section 9.12.1 states that leachate discharges are not authorized by the permit. MPL must submit its Notice of Intent to be covered by this amended Permit by September 30, 2025.

MPL has discharged and continues to discharge landfill leachate containing pollutants, including PFAS, at or near (within 100 feet) its stormwater Outfall 2 into the East Fork Stones River on the west side of the MPL. The discharge at or near Outfall 2 is directly across the river from the City's Walter Hill Recreation Area, where adults and children swim, fish, boat, and recreate. This point source is also upstream of another drinking water intake for the City of Murfreesboro and an intake for the Consolidated Utility District of Rutherford County, which supplies drinking water to a large number of Murfreesboro residents.

Additional samples at this location were taken on December 29, 2024, and June 12, 2025. Those results are below:

| Date | PFOA | PFOS | PFNA | PFHxS | PFBS | PFBA | PFHxA | PFPeA | PFHpA | PFDA |
|------|------|------|------|-------|------|------|-------|-------|-------|------|
| 12/29/2024 | 550 | 54 | 23 | 60 | 200 | 240 | 720 | 590 | 720 | 36 |
| 6/12/2025 | 390 | 51 | 17 | 52 | 170 | 150 | 660 | 410 | 140 | 30 |
| Duplicate | 360 | 44 | 18 | 53 | 190 | 160 | 500 | 340 | 150 | 30 |

The landfill leachate pollutants, including PFAS, discharged at or near Outfall 2 are not

authorized by the NPDES Stormwater Permit, nor has MPL ever notified TDEC that landfill leachate, including PFAS, is part of its stormwater. PFAS are not natural components of stormwater, and are, instead, components of MPL's landfill leachate and landfill wastewater. On at least December 29, 2024, and June 12, 2025, MPL discharged landfill leachate and landfill wastewater containing leachate pollutants, including PFAS, in violation of its General NPDES Permit. If it is determined that the discharge channel sampled on December 29, 2024, and June 12, 2025, is not the precise location of Stormwater Outfall 2 then these discharges are a violation of the Permit because they were not through an authorized discharge point identified by MPL in its Notice of Coverage and/or Stormwater Pollution Prevention Plan.

These leachate discharge violations are indicative of an ongoing failure to control leachate outbreaks, which inevitably mix with stormwater when there is precipitation at the MPL. The mixture of leachate and stormwater has discharged and continues to discharge from stormwater outfalls at the MPL in violation of the Permit.

## C. Newly Discovered Stormwater Outfall Discharging to CWA Jurisdictional Water

As discussed in the January 2024 Notice Letter, the City discovered a stormwater outfall during sampling on January 9, 2024, discharging to jurisdictional CWA waters that is not authorized under MPL's NPDES permit and is not identified as a discharge in MPL's Stormwater Pollution Prevention Plan. A stormwater channel, located on the southern side of MPL, discharges to a stream located at 35.92959°N, 86.37268056°W. This stream is not directed to a sedimentation pond and discharges directly to a jurisdictional stream under the CWA. The results of samples taken show high levels of leachate constituents, including PFAS, as follows:

| Date | PFOA | PFOS | PFNA | PFHxS | PFBS | PFBA | PFHxA | PFPeA | PFHpA | PFDA |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/24 | 2,000 | 40 | 210 | 9.4 | 91 | 210 | 760 | 520 | 760 | 490 |

In addition, the common landfill leachate constituents, aluminum and ammonia, were found on 1/9/24 at 0.17 mg/l and 3.93 mg/l, respectively.

Section 301(a) of the CWA, 33 U.S.C. § 131 l(a), prohibits the discharge of pollutants from a point source into waters of the United States unless the discharge is in compliance with various enumerated sections of the CWA. One of these enumerated sections, Section 402, 33 U.S.C. § 1342, requires a NPDES permit for the discharge of pollutants into jurisdictional waters. Each discharge not authorized by a permit is a violation of the CWA. This discharge is also prohibited by the General NPDES Stormwater Permit Number No. TNR053250 ("Permit") that covers MPL, because the MPL did not identify this discharge in its Notice and did not identify or sample this discharge in its annual stormwater monitoring in October 2023, as reported to TDEC in December 2023. This discharge from MPL is conveyed through a constructed culvert discharging stormwater and/or leachate breakouts mixed with stormwater.

## D. Discharge of Concentrated Landfill Leachate to the Murfreesboro POTW in Violation of Pretreatment Standards.

Case 3:22-cv-00605     Document 227-4     Filed 12/02/25     Page 6 of 9 PageID #: 4633

MPL has an Industrial User Discharge Permit (IUDP 021-A) issued by the City in 2019 for the discharge of landfill leachate into the City's Publicly Owned Treatment Works, pursuant to the City's sewer use ordinance, Section 33 of the Murfreesboro City Code ("Code").

Section 33-36(B)(l)(e) of the Code prohibits the discharge of waters or wastes having toxic, poisonous or incompatible pollutants in such quantities as to constitute a hazard to humans or animals without obtaining authorization from the City. Section 33-36(G)(5)(b) of the Code and Part 3.C. of the IUDP requires MPL to notify the City of a substantial change in the volume or character of pollutants in the MPL discharge.

MPL has been discharging and continues to discharge extremely high levels of toxic PFAS to the Murfreesboro POTW. In addition to samples described in the City's August Notice and January Notice, samples taken on January 9, 2024, and June 12, 2025, continued to show extraordinarily high levels of PFAS contaminant. Here are the treated leachate results that are discharged to the sewer on January 9, 2024:

| Date | PFOA | PFOS | PFNA | PFHxS | PFBS | PFBA | PFHxA | PFPeA | PFHpA | PFDA |
|------|------|------|------|-------|------|------|-------|-------|-------|------|
| 1/9/24 | 3,400 | 99 | 42 | 370 | 31,000 | 6,100 | 18,000 | 4,200 | 1,300 | 34 |

In addition, the ammonia level was 6.8 mg/L.

On June 12, 2025, a sample of leachate discharged to the sewer by MPL was taken at the manhole at Cherry Lane, which is the last point before MPL's leachate enters the larger sewer collection system. Only MPL leachate is present at this location.

| Date | PFOA | PFOS | PFNA | PFHxS | PFBS | PFBA | PFHxA | PFPeA | PFHpA | PFDA |
|------|------|------|------|-------|------|------|-------|-------|-------|------|
| 6/12/25 | 5,300 | 87 | 110 | 260 | 20,000 | 5,300 | 15,000 | 4,300 | 1,800 | 86 |

These levels of PFOA, PFOS, and their homologues are higher than those found in typical landfill leachate in the United States as reported in the publicly available literature and government reports. These levels constitute a hazard to humans and animals.

MPL, and the landfill industry, have known for at least 10 years, and likely more, that landfill leachate typically contains PFAS and that conventional POTWs, such as the one operated by the City, cannot destroy or remove PFAS. However, MPL has never obtained authorization from the City to discharge these toxic, poisonous, and incompatible pollutants in its leachate, in violation of Sections 33-36(B)(l)(e) of the Code. Nor has MPL notified the City of this substantial change in the character of pollutants in its discharge, as compared to information submitted to the City, in violation of Section 33-36(G)(5)(b) of the Code and Part 3.C. of the IUDP. The City has never authorized the discharge of these toxic chemicals into the POTW. It is unlikely that the composition has changed substantially since the samples were taken in June 2025; therefore, the violations have continued and will continue in the future as long as the PFAS discharges continue

without the City's authorization

## II.    CONCLUSION

Thank you for your prompt attention to the on-going serious violations of federal, Tennessee, and local law by MPL. Unless the U.S. Environmental Protection Agency or TDEC commences and diligently prosecutes an action in court to address these violations within sixty(60) days of this Third Addendum, the City intends to amend its current citizen suit or file a new citizen suit against Defendants under section 505(a) of the Clean Water Act for the continued violations discussed above and those violations identified in the August, November and January Notices. In addition to these violations, this notice covers all violations of the CWA evidenced by information which becomes available to us after the date of this Third Addendum. Pursuant to the CWA, we will seek civil penalties, attorneys' fees and costs, as well as an injunction against continued illegal discharges.

Sincerely,

Keith A. Johnston
Gary A. Davis

cc:     Pam Bondi
        US Attorney General
        US Department of Justice 950 Pennsylvania Ave., NW
        Washington, D.C. 20530-0001

        Adam Tucker *(via e-marl)*
        Lisa Helton *(via e-mail)*
        Hunter Branstetter *(via e-mail)*

# EXHIBIT A