

# DAVIS & WHITLOCK
## ENVIRONMENTAL LAW

21 BATTERY PARK AVENUE, SUITE 206
ASHEVILLE, NC 28801
TEL: 828-622-0044 • FAX: 828-398-0435
WWW.ENVIROATTORNEY.COM

**GARY A. DAVIS**
LICENSED IN NC, TN, CA
GADAVIS@ENVIROATTORNEY.COM

**JAMES S. WHITLOCK**
LICENSED IN NC
JWHITLOCK@ENVIROATTORNEY.COM

**EMILY D. STEIN**
LICENSED IN NY, NC (PENDING)
ESTEIN@ENVIROATTORNEY.COM

August 22, 2022

*Via Certified Mail*

Mr. Michael Classen, P.E.
General Manager
Middle Point Landfill
750 E Jefferson Pike
Murfreesboro, Tennessee 37130

Mr. David Salyers, P.E., Commissioner
Tennessee Department of Environment &
Conservation
312 Rosa L. Parks Ave.
Tennessee Tower - 2nd Floor
Nashville, TN 37243

Ms. Michelle Walker Owenby
Air Pollution Control Director
Tennessee Department of Environment &
Conservation
312 Rosa L. Parks Ave.
Tennessee Tower – 15th Floor
Nashville, TN 37243

Mr. Michael S. Regan, Administrator
EPA Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Mr. Daniel Blackman
Regional Administrator
US EPA, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104

Re: <u>Notice of Intent to File Citizen Suit Pursuant to the Federal Clean Air Act</u>

Dear Mr. Classen:

The purpose of this letter is to notify BFI Waste Systems of Tennessee, LLC ("BFI"), and its parent and controlling company, Republic Services, Inc. ("Republic"), that the City of Murfreesboro, Tennessee, intends to file suit in sixty (60) days under 42 U.S.C. § 7604(a)(1) of the federal Clean Air Act ("CAA") in Federal District Court for violations of emissions standards and limitations at the Middle Point Landfill.

This Notice is sent on behalf of the following persons:

The City of Murfreesboro, Tennessee
111 West Vine Street
Murfreesboro, TN 37130
Phone: 615-893-5210

Any contact should be through the undersigned attorneys.

## I. VIOLATIONS OF THE CLEAN AIR ACT

The Middle Point Landfill ("MPL") is covered by Operating Permit No. 574840 ("Operating Permit"), issued on January 30, 2020, by the Tennessee Air Pollution Control Division under the Tennessee Air Quality Act and the CAA. MPL is required to comply with the conditions of the permit, as well as applicable provisions of the Tennessee Air Pollution Control Act, Tenn. Code Ann. §§ 68-201-101, *et seq.*, and rules promulgated thereunder ("Tennessee Air Pollution Control Rules" or "TAPCR"), applicable provisions of regulations promulgated by the United States Environmental Protection Agency, and applicable provisions of the CAA. All of the foregoing are "emissions standards and limitations," as those terms are used in 42 U.S.C. § 7604(a)(1).

A.     Violation of Federal CAA Rules

Under Section 112 of the CAA, EPA promulgated the National Emission Standards for Hazardous Air Pollutants (NESHAP) for MSW Landfills at 40 C.F.R. Part 63, Subpart AAAA and the NESHAP General Provisions at 40 C.F.R. Part 63, Subpart A. The NESHAP for MSW Landfills, at 40 C.F.R. § 63.1955, requires the owner or operator of an MSW Landfill to comply with the requirements of the New Source Performance Standards ("NSPS") for MSW Landfills at 40 C.F.R. Part 60, Subpart WWW.

The NSPS General Provisions, at 40 C.F.R. § 60.11(d), require that, at all times, including periods of startup, shutdown, and malfunction, owners and operators shall, to the extent practicable, maintain and operate any affected facility, including associated air pollution control equipment, in a manner consistent with good air pollution control practices for minimizing emissions, which is determined by information that may include monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source.

MPL has violated 40 C.F.R. § 60.11(d) and 40 C.F.R. § 63.6(e)(l)(i) by failing to operate its gas collection and control system ("GCCS"), including its flares, in a manner consistent with good air pollution control practices, by poorly managing leachate, and failing to consistently cover exposed waste on at least the following dates:

1.     All days from June 1, 2021, to present, and ongoing. Noxious gases emitting in plumes from two (2) enclosed flares failing to destroy 98% of gas flows. Gas cloud emissions from the flares documented with forward-looking infrared cameras on June 21, 2021, by EPA, and again on February 11, 12, and 13, 2022, by City of Murfreesboro.

2

2. March 27, 2019 – Surface leachate outbreaks at the surface at two locations in Section 6, as documented by the Tennessee Department of Environment and Conservation ("TDEC") report dated March 28, 2019.

3. October 23 through November 27, 2019 – Surface leachate outbreaks, pooling and flowing into stormwater ditches, and off-site. Surface outbreaks of leachate found in October were rechecked on November 26 and found unabated, flowing into stormwater ditches at three (3) locations. Alarm light for leachate sump/pump near Cell 10 was on but pump turned off with leachate levels exceeding compliance levels by 144 inches. These violations were documented by the TDEC reports dated October 28 and December 1, 2019.

4. January 31, 2020 – Pools of spilled leachate at the landfill tank farm, and leachate filled concrete containment around tanks, found in response to citizen complaints of odor, as documented by the TDEC report dated February 7, 2020.

5. February 25, 2020 – Surface leachate outbreaks filling perimeter ditches, breaking onto perimeter roads at Cell 13 and 10 necessitating vacuum truck assistance, all not reported to State, as documented by the TDEC report dated February 28, 2020. Site inspections prompted in part by off-site odor complaints, including on February 24, 2020.

6. March 17, 2020 – Surface leachate outbreaks flowing across perimeter roads off the fill site from a berm around "temporary sump 6" constructed to contain an onsite leachate pond, as documented by the TDEC report dated March 19, 2020.

7. June 16, 2021 – Surface leachate outbreaks on eastern slope near Cell 10 adjacent to Landfill Road flowing into ditches and off-site, as documented by the TDEC report dated June 21, 2021.

The NSPS for MSW Landfills, at 40 C.F.R. § 60.755(c)(5), requires that the owner and operator of an MSW landfill with a gas collection and control system (GCCS) implement a program to monitor for cover integrity and implement cover repairs as necessary on a monthly basis. MPL has violated 40 C.F.R. § 60.755(c)(5) and 40 C.F.R. § 63.1955 by failing to maintain proper cover integrity at the landfill on at least the following dates:

1. All days from February 11 through June 30, 2022 – Solid waste exposed and uncovered over a multi-acre working face and lacking soil or adequate alternate cover during all days up to and including and after a multi-acre fire in the working face on June 19, 2022.

2. On June 19, 2022, a multi-acre fire in the working face occurred as a result of inadequate cover and too large of working face, as documented by TDEC report dated June 24, 2022.

3. All days from February 11 through August 8, 2022 – Multi-acre eastern slope area facing Landfill Road lacked cover integrity with deep erosion rills for escaping odors from landfill gas leachate outbreaks.

3

MPL has also violated 40 C.F.R. § 60.11(d) and 40 C.F.R. § 63.6(e)(l)(i) by failing to operate its gas collection and control system (GCCS), including its flares, in a manner consistent with good air pollution control practices by emitting methane gas from the landfill surface in excess of 500 ppm above background consistently over the following dates without adequate corrective action:

| | |
|---|---|
| 3/6/20 | 1 location |
| 3/10/20 | 3 locations |
| 3/11/20 | 9 locations |
| 3/16/20 | 1 location |
| 3/18/20 | 3 locations |
| 3/20/20 | 10 locations |
| 3/26/20 | 12 locations |
| 4/3/20 | 1 location |
| 4/10/20 | 12 locations |
| 6/9/20 | 7 locations |
| 6/10/20 | 2 locations |
| 8/17/20 | 1 location |
| 11/18/20 | 10 locations |
| 11/19/20 | 4 locations |
| 3/2/21 | 1 location |
| 3/5/21 | 1 location |
| 3/8/21 | 4 locations |
| 5/14/21 | 1 location |
| 5/17/21 | 2 locations |
| 8/2/21 | 1 location |
| 11/10/21 | 3 locations |
| 11/11/21 | 1 location |

The exceedances have been as high as 83,897 parts per million ("ppm"), as compared to the limit of 500 ppm. The locations and magnitude of these exceedances are shown in the Semiannual and Quarterly Surface Monitoring Reports submitted by the Middle Point Landfill to TDEC.

During the time of these violations, there were numerous odor complaints from residents of the surrounding area. As noted above, these violations have been repeated numerous times. Furthermore, these violations are ongoing or will likely recur.

## II. CONCLUSION

Thank you for your prompt attention to the ongoing serious violations of federal law by MPL. Unless EPA or the State of Tennessee commences and diligently prosecutes an action in court to address these violations within sixty (60) days, we intend to file a citizen suit under 42 U.S.C. § 7604(a)(1) of the CAA for the violations discussed above. In addition to these violations, this notice covers all violations of the CAA evidenced by information which becomes available to

4

us after the date of this Notice of Intent to Sue. Pursuant to the CAA, we will seek civil penalties, attorney's fees and costs, as well as an injunction against continued violations.

Sincerely,

Gary A. Davis

cc:   Merrick B. Garland
US Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Elizabeth Murphy *(via email)*
Adam Tucker *(via email)*
Lisa Helton *(via email)*

5