

**DAVIS**
ENVIRONMENTAL
ATTORNEYS

21 BATTERY PARK AVENUE, SUITE 206
ASHEVILLE, NC 28801
TEL: 828-622-0044 • FAX: 828-398-0435
WWW. ENVIROATTORNEY.COM

**GARY A. DAVIS**
LICENSED IN NC, TN, CA
GADAVIS@ENVIROATTORNEY.COM

January 15, 2024

**KEITH A. JOHNSTON**
LICENSED IN TN, AL, DC
KJOHNSTON@ENVIROATTORNEY.COM

*Via Certified Mail/ Return Receipt Requested*

Mr. Michael Classen, P.E.
General Manager
Middle Point Landfill
750 E Jefferson Pike
Murfreesboro, Tennessee 37130

Mr. David Salyers, P.E., Commissioner
Tennessee Department of Environment &
Conservation
312 Rosa L. Parks Ave.
Tennessee Tower - 2nd Floor
Nashville, TN 37243

Ms. Michelle Walker Owenby
Air Pollution Control Director
Tennessee Department of Environment &
Conservation
312 Rosa L. Parks Ave.
Tennessee Tower – 15th Floor
Nashville, TN 37243

Mr. Michael S. Regan, Administrator
EPA Office of the Administrator
Mail Code 1101A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

Ms. Jeaneanne Gettle
Acting Regional Administrator
US EPA, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-3104

Re: <u>Supplemental Notice of Intent to File Citizen Suit Pursuant to the Federal Clean Air Act</u>

Dear Mr. Classen:

The purpose of this letter is to notify BFI Waste Systems of Tennessee, LLC ("BFI"), and its parent and controlling company, Republic Services, Inc. ("Republic"), that the City of Murfreesboro, Tennessee, intends to amend its complaint against BFI and Republic or to file a new complaint within sixty (60) days under 42 U.S.C. § 7604(a)(1) of the federal Clean Air Act ("CAA") in Federal District Court for violations of emissions standards and limitations at the Middle Point Landfill. This Notice is supplemental to the Notice Served on August 22, 2022, and supplemented on September 13, 2022, and contains additional violations determined since that time. The notice served on August 22, 2022, is attached as Exhibit A.

PRINTED ON RECYCLED PAPER

This Notice is sent on behalf of the following persons:

> The City of Murfreesboro, Tennessee
> 111 West Vine Street
> Murfreesboro, TN 37130
> Phone: 615-893-5210

Any contact should be through the undersigned attorneys.

## I. VIOLATIONS OF THE CLEAN AIR ACT

The Middle Point Landfill ("MPL") is covered by Operating Permit No. 574840 ("Operating Permit"), issued on January 30, 2020, by the Tennessee Air Pollution Control Division under the Tennessee Air Quality Act and the CAA. MPL is required to comply with the conditions of the permit, as well as applicable provisions of the Tennessee Air Pollution Control Act, Tenn. Code Ann. §§ 68-201-101, *et seq.*, and rules promulgated thereunder ("Tennessee Air Pollution Control Rules" or "TAPCR"), applicable provisions of regulations promulgated by the United States Environmental Protection Agency, and applicable provisions of the CAA. All of the foregoing are "emissions standards and limitations," as those terms are used in 42 U.S.C. § 7604(a)(1).

### A.    Violation of NSPS General Provision

Under Section 112 of the CAA, EPA promulgated the National Emission Standards for Hazardous Air Pollutants (NESHAP) for MSW Landfills at 40 C.F.R. Part 63, Subpart AAAA and the NESHAP General Provisions at 40 C.F.R. Part 63, Subpart A. The NESHAP for MSW Landfills, at 40 C.F.R. § 63.1955, requires the owner or operator of an MSW Landfill to comply with the requirements of the New Source Performance Standards ("NSPS") for MSW Landfills at 40 C.F.R. Part 60, Subpart WWW.

The NSPS General Provisions, at 40 C.F.R. § 60.11(d), require that, at all times, including periods of startup, shutdown, and malfunction, owners and operators shall, to the extent practicable, maintain and operate any affected facility, including associated air pollution control equipment, in a manner consistent with good air pollution control practices for minimizing emissions, which is determined by information that may include monitoring results, opacity observations, review of operating and maintenance procedures, and inspection of the source.

In addition to the violations of 40 C.F.R. § 60.11(d) listed in the August 22, 2022, 60-day Notice Letter and the September 2022 Supplement, this Supplemental Notice puts BFI and Republic on notice of the following violations:

1.    Excessive Numbers of Positive Pressure Gas Wells: meaning that they were not collecting landfill gas as required. While this may not constitute a violation of the specific requirements for correcting positive pressures at individual gas collection wells, it is highly indicative of the overall poor operation and maintenance of the gas collection system and results in excessive surface emissions and odors.

2

a. From January 2019 to February 2019 (2 months) more than 10% of the gas collection wells had positive pressure,
b. In May 2019 more than 10% of the gas collection wells had positive pressure.
c. From May 2020 to June 2020 (2 months) more than 10% of the gas collection wells had positive pressure.
d. From November 2020 to June 2021 (8 months) more than 10% (as high as 21%) of the gas collection wells had positive pressure.
e. In August 2021 more than 10% of the gas collection wells had positive pressure.
f. In November 2021 more than 10% of the gas collection wells had positive pressure.
g. In May 2022 more than 10% (over 18%) of the gas collection wells had positive pressure.
h. In July 2022 more than 10% of the gas collection wells had positive pressure.
i. From November 2022 to February 2023 (4 months) more than 10% (as high as 24%) of the gas collection wells had positive pressure.
j. From April 2023 to August 2023 (5 months) more than 10% (as high as 17%) of the gas collection wells had positive pressure.

2. <u>Excessive Surface Emissions</u>: It is normal for a landfill to have occasional surface emissions of methane exceeding the 500 ppm limit in the Title V permit. In many cases, these emissions are corrected during the required time period by, among other measures, covering the area with dirt, so that the exceedances are not considered violations of the specific regulations for surface emissions. However, it is indicative of poor operation and maintenance for a landfill to have recurring high levels of surface emissions quarter after quarter. Here are the recurring exceedances at MPL:
a. 2018 Quarter 1: 9 (as high as 9,864 ppm)
b. 2018 Quarter 2: 13 (as high as 6,933 ppm)
c. 2018 Quarter 3: 61 (as high as 45,429 ppm)
d. 2018 Quarter 4: 47 (as high as 60,000 ppm)
e. 2019 Quarter 1: 31 (as high as 2,375 ppm)
f. 2019 Quarter 2: 5 (as high as 2,754 ppm)
g. 2019 Quarter 3: 28 (as high as 22,017 ppm)
h. 2019 Quarter 4: 12 (as high as 22,012 ppm)
i. 2020 Quarter 1: 11 (as high as 4,277 ppm)
j. 2020 Quarter 2: 7 (as high as 83,897 ppm)
k. 2020 Quarter 3: 1 (1,208 ppm)
l. 2020 Quarter 4: 14 (as high as 82,407 ppm)
m. 2021 Quarter 1: 6 (as high as 3,615 ppm)
n. 2021 Quarter 2: 2 (as high as 13,669 ppm)
o. 2021 Quarter 3: 1 (829 ppm)
p. 2021 Quarter 4: 4 (as high as 9,801 ppm)
q. 2022 Quarter 1: 32 (as high as 191,807 ppm)
r. 2022 Quarter 2: 25 (as high as 234,547 ppm)
s. 2022 Quarter 3: 16 (as high as 404,436 ppm)
t. 2022 Quarter 4: 19 (as high as 50,493 ppm)

u. 2023 Quarter 1: 24 (as high as 233,835 ppm)
v. 2023 Quarter 2: 25 (as high as 472,282 ppm)
w. 2023 Quarter 3: 29 (as high as 81,765 ppm)
x. 2023 Quarter 4: 21 (as high as 72,121 ppm)

The trend in 2022-2023 shows increasing surface emissions at the landfill with the highest levels of methane ever reported.

In addition, MPL measures methane levels at the boundary of the landfill for compliance with Tennessee solid waste regulations. Rule 0400-11-01-.04(5)(a) (Gas Migration Control Standards) requires landfills to be "designed, constructed, operated, and maintained such that any gases generated by decomposition or other reaction of solid waste are collected and vented, recovered, or otherwise managed such that: … 3. The concentration of explosive gases at the property boundary does not exceed the lower explosive limit for the gases; …" MPL's monitoring shows that boundary levels of methane have exceeded the explosive limit (5%) during the following months: 2020: May, June, August, September, October, November, December; 2021: January, February, March, April, May, June, July, August, October, November, December; 2022: all 12 months; 2023: January, February, April, May, June. These exceedances of the explosive limit of methane at the boundaries of the landfill are further indication that the gas collection system is not being operated and maintained properly.

3. Odorous Hydrogen Sulfide Levels: Hydrogen sulfide ($H_2S$) is one of the odorous gases produced by decomposition of garbage in a landfill, and its detection at the landfill surface is indicative of improper operation and maintenance of the gas collection and control system. Until recently MPL has not routinely monitored $H_2S$, but a May 2019 evaluation of $H_2S$ in surface emissions found levels on the surface of MPL far exceeding the lowest observable odor level (0.01 ppm, 10 ppb) according to the Occupational Safety and Health Administration. The report by SCS Field Services found:

"During this testing, up to 50 ppm (maximum reading on the Jerome meter) was observed. This high level was observed at the junction of the well casing and soil at Extraction Well 169. SCS observed that the majority of the elevated readings were at or near LFG Extraction Wells, Leachate Interceptors or Sump penetrations. Additional $H_2S$ readings above .2 ppm were recorded in areas away from penetrations. These results indicate that additional measures are needed to control the fugitive emissions in the monitored areas" … "Results of the testing indicated that fugitive emissions are present in the areas of the landfill that do not have a completed cap system or adequate soil cover in place."

In addition, new monitoring by MPL for $H_2S$ since August 2023 has shown levels of $H_2S$ which would cause odors off site.

4

4. <u>Landfill Gas Collection System Malfunctions</u>: Monthly reports by SCS Field Services during the period January 2021 to August 2023 show numerous recurring malfunctions of the landfill gas collection system, including the following:

   a. March 2019: additional extraction points in the "eyebrow" needed to help remove additional LFG (this was repeated in April 2019).

   b. April 2019: 22 LFG Extraction Wells are obstructed or damaged.

   c. May 2019: 25 LFG Extraction Wells are obstructed or damaged.

   d. May 2019: The following wells did not have vacuum: MPLFO138, 158, 153, 157, 142, FA, HOG3, HO48, and H042.

   e. June 2019: 27 LFG Extraction Wells are obstructed or damaged.

   f. June 2019: The following wells did not have proper vacuum: MPLFO158, 153, 157, 142, FA, and HOGS. Statement in report that "HOG3 is a primary contributor to leachate outbreaks and LFG odors in the Eye Brow area."

   g. July 2019: 37 LFG Extraction Wells are obstructed or damaged.

   h. August 2019: 39 LFG Extraction Wells are obstructed or damaged.

   i. August 2019: Several laterals in the Eye Brow and North Thumb areas will require excavation and re-grading to restore proper drainage and LFG flow (this was repeated in September, October, November, December 2019, January 2020

   j. September 2019: 41 LFG Extraction Wells are obstructed or damaged.

   k. October 2019: 44 LFG Extraction Wells are obstructed or damaged.

   l. November 2019: 45 LFG Extraction Wells are obstructed or damaged.

   m. November 2019: monitoring results indicate that the header system under the temporary cap may be compromised.

   n. November 2019: a substantial decrease in methane and increase in oxygen at both flares in addition to fluctuations in flow. At present, findings suggest that the header under the North Slope temporary cap is one of the sources of high oxygen. Additionally, the instance of stalled pumps in the Eye Brow is increasing, leading to liquid extraction failure and ultimately less gas extraction

   o. December 2019: 41 LFG Extraction Wells are obstructed or damaged.

   p. December 2019: damaged below-grade lateral line on EW-122A contributing to high oxygen and diminished methane at flares.

   q. January 2020: 48 LFG Extraction Wells are obstructed or damaged.

   r. January 2020: damaged lines on EW-122A, EW-108, and EW-105 contribute to high oxygen and diminished methane at the flares.

   s. January 2020: "Gas pressure in the caisson wells located in Cell 10 is exceedingly high and may be contributing to odor complaints."

   t. March 2020: new header in Cell 10 is inundated with liquid (repeated in April

   u. April 2020: leachate outbreak above ET-2, LI-03, and LI-O4 (repeated in May, June, July, August, September, October, November, December, 2020, January 2021, February, March)

   v. April 2020: HZ-47 is built backwards. This design issue prevents effective gas and liquid extraction, as is evidenced by the leachate outbreak around the extraction point. (repeated in May, June, July, November).

   w. June 2020: EW-142 hasn't had a lateral line for a matter of time and continues to populate as a well exceedance for pressure.

5

x. July 2020: leachate outbreak in cell 10 above CS-15. When heavy perception occurs it causes the leachate to pool up around CS-15 and tends to end up in the drainage ditch. (repeated in August,

y. August 2020: a leachate outbreak above EW-115 that is running down into the drainage ditch.

z. January 2021: multiple wells on the North Slope with air and force main services falling downhill causing hoses to kink or break not allowing the pumps to function correctly.

aa. January 2021: leachate outbreak upslope of CS-4 and a washout exposing geo-composite by EW- 91B (repeated in February, March).

bb. February 2021: new leachate seep along the eastern slope of cell-10 (repeated in March)

cc. March 2021: lateral lines for wells 165, 146, OCO6, and HZ-41 are all pinched and no longer have available system pressure.

dd. August 2021: multiple vacuum sources that are being pinched along the eyebrow preventing full system pressure to these locations.

ee. August 2021: pinch in CW1's vacuum line about ten feet below ground surface and not allowing full system pressure to this location (repeated in September, October, November, December).

ff. August 2021: CW-4's well and vacline is pinched 23 feet below ground surface, not allowing us to extract gas from this location (repeated in September).

gg. November 2021: most of the wells in cell-10 have been damaged and can no longer accomodate a pump; they are starting to water in and losing gas flow (repeated in December, January 2022, February, March, April, May, June, July).

hh. January 2022: broken and pinched infrastructure in cell-10 that is no longer producing good gas flows.

ii. February 2022: need new air and forcemain lines in the eyebrow and cell-10 area, due to the existing infrastructure being hit multiple times and having no clean outs accessible to jet.

jj. October 2022: Oxygen intrusion at the CS-1 location (repeated in November, December, January 2023, February, March, April, May, June, July, August).

kk. June 2023: compromised header (repeated in July, August)

During the time of these violations, there were numerous odor complaints from residents of the surrounding area. As noted above, these violations have been repeated numerous times. Furthermore, these violations are ongoing or will likely recur.

## B.    Violations of Gas Well Head Temperature Limit

Permit Condition E4-3. of the MPL Title V Permit effective February 24, 2014, subsequently renewed and effective on January 30, 2020 (collectively "Title V Permit" or individually "Title V Permit effective February 24, 2014" and "Title V Permit effective January 30, 2020"):

6

Except as otherwise allowed by Condition E4-18 of this permit, the permittee shall operate each interior wellhead in the collection system with … a landfill gas temperature less than 55° C (131° F) …

MPL is required to operate in compliance with the requirements of 40 CFR 60 Subpart WWW and 40 CFR 63 Subpart AAAA. 40 C.F.R. § 60.755(a)(5), which is among Subpart WWW, Standards of Performance for Municipal Solid Waste Landfills, and applicable to the MPL, states in part:

(a) Except as provided in §60.752(b)(2)(i)(B), the specified methods in paragraphs (a)(1) through (a)(6) of this section shall be used to determine whether the gas collection system is in compliance with § 60.752(b)(2)(ii)...(5) For the purpose of identifying whether excess air infiltration into the landfill is occurring, the owner or operator shall monitor each well monthly for temperature and nitrogen or oxygen as provided in §60.753(c). If a well exceeds one of these operating parameters, action shall be initiated to correct the exceedance within 5 calendar days. If correction of the exceedance cannot be achieved within 15 calendar days of the first measurement, the gas collection system shall be expanded to correct the exceedance within 120 days of the initial exceedance. Any attempted corrective measure shall not cause exceedances of other operational or performance standards. An alternative timeline for correcting the exceedance may be submitted to the Administrator for approval.

40 C.F.R. § 60.753(c) & (g), also among Subpart WWW, Standards of Performance for Municipal Solid Waste Landfills, and applicable to the MPL, states in part:

Each owner or operator of an MSW landfill with a gas collection and control system used to comply with the provisions of § 60.752(b)(2)(ii) of this subpart shall...(c) Operate each interior wellhead in the collection system with a landfill gas temperature less than 55 °C and with either a nitrogen level less than 20 percent or an oxygen level less than 5 percent...(g) If monitoring demonstrates that the operational requirements in paragraphs (b), (c), or (d) of this section are not met, corrective action shall be taken as specified in § 60.755(a)(3) through (5) or § 60.755(c) of this subpart.

During the period January 1, 2018, to June 29, 2023, the following landfill gas wells have exceeded 131° F numerous times as noted. Some of these wells have exceeded 180° F, far beyond the 131° F limit and far above the 145° F limit in the new EPA AAAA rules (40 F.C.R. § 63.1958(c)).

MPLF000B (11 times)
MPLF000C (8 times)
MPLF00BR (8 times)
MPLF00CR (63 times)
MPLF00DB (2 times)
MPLF00EA (42 times)
MPLF00FB (2 times)

7

MPLF00JB (50 times)
MPLF028E (96 times)
MPLF029C (27 times)
MPLF030B (85 times)
MPLF033C (36 times)
MPLF033D (9 times)
MPLF034D (124 times)
MPLF037A (12 times)
MPLF040B (41 times)
MPLF041B (130 times)
MPLF044C (92 times)
MPLF050B (25 times)
MPLF051B (45 times)
MPLF053B (210 times)
MPLF054C (38 times)
MPLF056B (130 times)
MPLF057A (24 times)
MPLF058B (12 times)
MPLF060A (103 times)
MPLF061A (2 times)
MPLF093C (88 times)
MPLF097B (67 times)
MPLF098A (87 times)
MPLF104A (16 times)
MPLF0301 (10 times)
MPLF0302 (91 times)

Upon information and belief, MPL failed to correct the temperature exceedances within 15 calendar days and failed to expand the gas collection system as required in 40 C.F.R. § 60.755(a)(5). As a result, MPL committed repeated violations of the above-cited Title V and NSR Permit Conditions and applicable federal regulations, 40 C.F.R. §§ 60.753(c), (g) and § 60.755(a)(5).

Instead of meeting these requirements, MPL sought permission from TDEC to classify many of these wells as Aluminum Waste Reaction ("AWR") wells to excuse compliance. However, MPL has not taken sufficient action to assess the cause of the higher temperatures in individual wells or to prevent additional temperature violations from occurring at these or other wells.

In addition, MPL has attempted to avoid compliance with the temperature requirement by classifying certain wells exceeding 131° F as higher operating value (HOV) wells. There are 61 wells, which have repeatedly exceeded 131° F that have been classified as HOV-Temperature (131-159° F): MPL11A03, MPLF00GB, MPLF0174, MPLF063E, MPLF128A, MPS13B01, MPL11A04, MPLF00HB, MPLF0175, MPLF063J, MPLF130B, MPLL11A07, MPLF00IB, MPLF0183, MPLF063K, MPLF148A, MPL12A04, MPLF00MC, MPLF0197, MPLF063L, MPLF149B, MPLI2A05, MPLF00RC, MPLF036C, MPLF063M, MPLF161A, MPL12A06,

8

MPLF00UC, MPLF038A, MPLF0701, MPLF164A, MPL12A07, MPLF00VB, MPLF048A, MPLF0703, MPLFL172A, MPL12A08, MPLF00XB, MPLF055A, MPLF089A, MPLF173A, MPL13A02, MPLF00ZC MPLF059A, MPLF0901, MPLFHO28, MPL13A03, MPLF0120, MPLF059B, MPLF091B, MPLFS902, MPL13B02, MPLF0121, MPLF0601, MPLF103A, MPS12A03, MPLF00FB, MPLF0123, MPLF062B, MPLF126B, and MPS13A01. Upon information and belief, these wells continue to have high temperatures, in some cases higher than the established HOV (160° F), and MPL has not taken sufficient action to assess the cause of the higher temperatures in individual wells or to prevent additional temperature violations from occurring at these or other wells.

There are 21 wells that have exceeded 131° F and have recently been classified as New High-Temperature Wells (131-159° F) requiring four quarterly carbon monoxide ("CO") readings: MP11B01A, MP11C01R, MPLF145C, MPLF160A, MPLF171B, MPSC222A, MP11B02A, MPL11HZ5, MPLF150B, MPLF162B, MPLF181A, MP11B03A, MPLF00DB, MPLF152A, MPLF163B, MPLF182A, MPL11B04, MPLF00WD, MPLF159B, MPLF168A, and MPLFI98A. Upon information and belief, these wells continue to have high temperatures, in some cases higher than the established HOV (160° F), and MPL has taken no further action after the CO readings sufficient to assess the cause of the higher temperatures in individual wells or to prevent additional temperature violations from occurring at these or other wells.

## C.     Surface Emissions Violations

Permit Condition E4-7.(a) of the Title V permit requires MPL to "operate the collection system so that the methane concentration is less than 500 parts per million above background at the surface of the landfill as specified in 40 CFR §60.753(d)." Condition E4-7(b) states that as long as certain specified actions are taken, the exceedance is not a violation of the operational requirements of 40 CFR §60.753(d). While Condition E4-7(b), (see 40 C.F.R. § 60.755(c)) is designed to require quick correction of excessive surface methane emissions, it is not designed to permit recurring violations of the 500 ppm limit over extended periods of time. For instance, Condition E4-7(b)(v) states, "[f]or any location where monitored methane concentration equals or exceeds 500 parts per million above background three times within a quarterly period, a new well or other collection device shall be installed within 120 calendar days of the initial exceedance." (see 40 C.F.R. 40 C.F.R. § 60.755(d)(v)). The following table provides notice to MPL of locations and monitoring dates where methane concentrations exceeded 500 ppm three or more times within a quarterly period, based upon quarterly SEM reports.

| Latitude | Longitude | Location ID | Initial Monitoring Date(s) | Initial Concentration (ppm) | Additional Monitoring Dates Exceeding 500 ppm |
|---|---|---|---|---|---|
| None Given | None Given | SW of well EW-125 | 5/9/2018 | 3,349 | 5/18/2018, 6/8/2018 |
| 35.93618198 | -86.365544 | None Given | 12/27,28/2018 | 517 | 1/6,7/2018, 1/17/2018 |
| None Given | None Given | 87A | 12/18/2018 | 7,892 | 12/27/2018, 1/7/2019, 1/17/2019 |
| None Given | None Given | 31B | 12/18/2018 | 1,706 | 12/27/2018, 1/17/2019 |
| None Given | None Given | UNK-40/LI-40 | 12/18/2018 | 9,054 | 12/27/2018, 1/17/2018 |
| None Given | None Given | S-18 | 12/18/2018 | 7,782 | 12/27/2018, 1/17/2018 |

9

| | | | | | |
|---|---|---|---|---|---|
| None Given | None Given | 103 | 12/18/2018 | 1,806 | 12/27/2018, 1/17/2018 |
| None Given | None Given | CS7R | 12/18/2018 | 2,510 | 12/27/2018, 1/17/2018 |
| None Given | None Given | S-17B | 12/18/2018 | 9,999 | 12/27/2018, 1/17/2018 |
| None Given | None Given | ZA | 12/18/2018 | 686 | 12/27/2018, 1/17/2018 |
| None Given | None Given | EW-169 | 12/19/2018 | 3,905 | 12/27/2018, 1/17/2018 |
| None Given | None Given | EW-128 | 12/19/2018 | 4,806 | 12/27/2018, 1/7/2019, 1/17/2018 |
| None Given | None Given | YB2 | 12/19/2018 | 4,886 | 12/27/2018, 1/7/2019, 1/17/2018 |
| None Given | None Given | EW-165 | 12/29/2018 | 60,000 | 1/7/2019, 1/17/2019 |
| None Given | None Given | EW 126 | 12/29/2018 | 50,000 | 1/7/2019, 1/17/2018, 1/27/2018 |
| 35.93681 | -86.36249 | None Given | 5/30,31/2019 | 1,005 | 6/7/2019, 6/17/2019, 6/28,29/2019 |
| 35.934538 | -86.367094 | None Given | 8/20,21,22/2019 | 552 | 8/30/2019, 9/6/2019 |
| 35.934723 | -86.366833 | None Given | 8/20,21,22/2019 | 923 | 8/30/2019, 9/6/2019, 9/19/2019 |
| 35.936247 | -86.368385 | None Given | 8/20,21,22/2019 | 1,075 | 8/30/2019, 9/6/2019 |
| 35.936286 | -86.36364 | None Given | 8/20,21,22/2019 | 2,386 | 8/30/2019, 9/6/2019, 9/19/2019 |
| 35.936339 | -86.363018 | None Given | 8/20,21,22/2019 | 8,773 | 8/30/2019, 9/6/2019, 9/19/2019 |
| 35.936636 | -86.366116 | None Given | 8/20,21,22/2019 | 570 | 8/30/2019, 9/6/2019 |
| 35.936762 | -86.365518 | None Given | 8/20,21,22/2019 | 9,266 | 8/30/2019, 9/6/2019, 9/19/2019 |
| 35.936877 | -86.367012 | None Given | 8/20,21,22/2019 | 1,744 | 8/30/2019, 9/6/2019 |
| 35.937387 | -86.363532 | None Given | 8/20,21,22/2019 | 1,169 | 8/30/2019, 9/6/2019, 9/19/2019 |
| 35.93743 | -86.364738 | None Given | 8/20,21,22/2019 | 571 | 8/30/2019, 9/6/2019 |
| 35.937763 | -86.364767 | None Given | 8/20,21,22/2019 | 22,018 | 8/30/2019, 9/19/2019 |
| 35.937828 | -86.36311 | None Given | 8/20,21,22/2019 | 3,119 | 8/30/2019, 9/6/2019, 9/19/2019 |
| 35.93745 | -86.3665 | None Given | 3/6/2019 | 964 | 3/16/2020, 3/20/2020, 4/3/2020 |
| 35.9353 | -86.3674 | None Given | 3/10/2019 | 665 | 3/18/2020, 3/26/2020, 4/10/2020 |
| 35.93597 | -86.3672 | None Given | 3/10/2019 | 687 | 3/18/2020, 3/26/2020, 4/10/2020 |
| 35.93636 | -86.367 | None Given | 3/10/2019 | 544 | 3/18/2020, 3/26/2020, 4/10/2020 |
| 35.93724 | -86.3654 | None Given | 3/11/2019 | 2,969 | 3/20/2020, 3/26/2020, 4/10/2020 |
| 35.93725 | -86.3647 | None Given | 3/11/2019 | 1,562 | 3/20/2020, 3/26/2020, 4/10/2020 |

10

| Latitude | Longitude | Location ID | Monitoring Date | ppm methane | Corrective Action Dates |
|---|---|---|---|---|---|
| 35.93739 | -86.3647 | None Given | 3/11/2019 | 743 | 3/20/2020, 3/26/2020, 4/10/2020 |
| 35.9335 | -86.367 | None Given | 3/11/2019 | 674 | 3/20/2020, 3/26/2020, 4/10/2020 |
| 35.93647 | -86.366 | None Given | 3/11/2019 | 1,195 | 3/20/2020, 3/26/2020, 4/10/2020 |
| 35.93689 | -86.3652 | None Given | 3/11/2019 | 4,278 | 3/20/2020, 3/26/2020, 4/10/2020 |
| 35.93713 | -86.3647 | None Given | 3/11/2019 | 1,641 | 3/20/2020, 3/26/2020, 4/10/2020 |
| 35.9372 | -86.3638 | None Given | 3/11/2019 | 891 | 3/20/2020, 3/26/2020, 4/10/2020 |
| 35.93801 | -86.3653 | None Given | 3/11/2019 | 2,912 | 3/20/2020, 3/26/2020, 4/10/2020 |
| 35.937917 | -86.365617 | (Tag # 116-13B02) | 5/19/2022 | 9,842 | 5/28/2022, 6/7/2022 |
| 35.93768 | -86.364636 | (Tag # 119-163A) | 5/19/2022 | 32,017 | 5/28/2022, 6/7/2022 |
| 35.937 | -86.368404 | (Tag # 126-EW-123) | 5/19/2022 | 3,663 | 5/28/2022, 6/7/2022 |
| 35.936509 | -86.368959 | (Tag # 127-NB) | 5/19/2022 | 43,913 | 5/28/2022, 6/7/2022 |
| 35.93451 | -86.36624 | Tag 953 - 103A | 7/20/2023 | 81,765 | 7/28/2023, 8/7/2023 |
| 35.93477 | -86.36533 | Tag 958 - 604 vac fine | 7/20/2023 | 7,288 | 7/28/2023, 8/7/2023 |

Similarly, MPL has violated Title V Permit Condition E4-7.(a) and 40 CFR §60.753(d) by repeatedly exceeding surface methane concentrations at certain locations without effective corrective actions, resulting in exceedances over consecutive quarters, as follows:

| Monitoring Dates | Location ID | Latitude | Longitude | Year/Quarter | ppm methane |
|---|---|---|---|---|---|
| 12/27,28/2018 | None Given | 35.9354 | -86.3675 | 2018Q4 | 724 |
| 2/26,27/2019 or 3/1/2019 | None Given | 35.9354 | -86.3675 | 2019Q1 | 787 |
|  |  |  |  |  |  |
| 5/30,31/2019 | None Given | 35.9378 | -86.3671 | 2019Q2 | 1,453 |
| 8/20,21,22/2019 | None Given | 35.9379 | -86.3671 | 2019Q3 | 6,660 |
|  |  |  |  |  |  |
| 8/20,21,22/2019 | None Given | 35.9366 | -86.3671 | 2019Q3 | 618 |
| 11/5/2019 | None Given | 35.9365 | -86.3672 | 2019Q4 | 3,445 |
|  |  |  |  |  |  |
| 8/20,21,22/2019 | None Given | 35.9366 | -86.3661 | 2019Q3 | 570 |
| 11/6/2019 | None Given | 35.9366 | -86.3662 | 2019Q4 | 1,480 |
|  |  |  |  |  |  |
| 2/16/2022 | Tag #155 | 35.9350 | -86.3696 | 2022Q1 | 1,914 |
| 5/17/2022 | Tag #55-IB | 35.9350 | -86.3695 | 2022Q2 | 1,110 |
|  |  |  |  |  |  |
| 2/18/2022 | Tag # 209 | 35.9379 | -86.3656 | 2022Q1 | 5,349 |

11

| | | | | | |
|---|---|---|---|---|---|
| 5/19/2022 | Tag # 116-13B02 | 35.9379 | -86.3656 | 2022Q2 | 9,842 |
| | | | | | |
| 5/19/2022 | Tag # 116-13B02 | 35.9379 | -86.3656 | 2022Q2 | 9,842 |
| 8/25/2022 | TAG # 29 - 13B02 Penetration | 35.9379 | -86.3656 | 2022Q3 | 4,471 |
| | | | | | |
| 8/25/2022 | TAG # 29 - 13B02 Penetration | 35.9379 | -86.3656 | 2022Q3 | 4,471 |
| 11/1/2022 | Tag #2:13B02 | 35.9379 | -86.3656 | 2022Q4 | 840 |
| | | | | | |
| 11/1/2022 | Tag #11: 125A | 35.9380 | -86.3673 | 2022Q4 | 1,354 |
| 3/15/2023 | Penetration Tag 340 - 125A | 35.9380 | -86.3673 | 2023Q1 | 140,369 |
| | | | | | |
| 11/1/2022 | Tag #4:Forcemain 184B well | 35.9365 | -86.3665 | 2022Q4 | 560 |
| 3/6/2023 | Penetration Tag 56 - 184B | 35.9365 | -86.3665 | 2023Q1 | 233,835 |
| | | | | | |
| 11/1/2022 | Tag #2:13B02 | 35.9379 | -86.3656 | 2022Q4 | 840 |
| 3/6/2023 | Penetration Tag 26 13B02 | 35.9379 | -86.3656 | 2023Q1 | 821 |
| | | | | | |
| 3/6/2023 | Penetration Tag 72 - 157B | 35.9365 | -86.3654 | 2023Q1 | 6,436 |
| 5/4/2023 | TAG803 157B Remote | 35.9365 | -86.3654 | 2023Q2 | 4,661 |
| | | | | | |
| 3/6/2023 | Penetration Tag 26 13B02 | 35.9379 | -86.3656 | 2023Q1 | 821 |
| 5/4/2023 | TAG699 13B02 | 35.9379 | -86.3656 | 2023Q2 | 26,660 |
| | | | | | |
| 3/6/2023 | Penetration Tag 10 13B01 | 35.9380 | -86.3659 | 2023Q1 | 512 |
| 5/4/2023 | TAG699 13B02 | 35.9379 | -86.3656 | 2023Q2 | 26,660 |

As part of the requirement to control surface emissions, Title V Permit Condition E4-7(c) (see 40 CFR §60.755(c)(5)) states, "[t]he owner or operator shall implement a program to monitor for cover integrity and implement cover repairs as necessary on a monthly basis. In addition to the instances of failure to implement cover repairs listed in the August 2022 CAA 60-Day Notice, the following violations have been determined in discovery:

1. January 2021 SCS Monthly Report: leachate outbreak upslope of CS-4 and a washout exposing geo-composite by EW- 91B.
2. July 2021 SCS Monthly Report: erosion rills along cell 10.
3. January 2022 SCS Cover Integrity Inspection Report Form: erosion on side slopes, ponding of water, leachate outbreaks.
4. February 2022 SCS Cover Integrity Inspection Report Form: erosion on side slopes North thumb area and above CS-4, ponding of water located in Cell-10 & Cell-11, leachate outbreaks above riser 11 and the slope in cell 10.
5. March 2022 SCS Cover Integrity Inspection Report Form: settling of landfill cover noted by 12A07, erosion on side slopes North thumb area, and above CS-4, ponding of water located in Cell-10 & Cell-11, leachate outbreaks above riser 11 and the slope in cell 10.

12

6. April 2022 SCS Cover Integrity Inspection Report Form: settling of landfill cover has been noted below 10B13, erosion on side slopes North thumb area and above CS-4, ponding of water located in Cell-10 & Cell-11, leachate outbreaks above riser 11 and the slope in cell 10.
7. May 2022 SCS Cover Integrity Inspection Report Form: Settling of landfill cover has been noted below 10B13, erosion on side slopes North thumb area, ponding of water located in Cell-10 & Cell-11, leachate outbreaks around riser 11, Cell-10 and below active fill, multiple tears in liners.
8. Based on information and belief, there have been numerous other instances of failure to implement cover repairs; however, either the required cover integrity inspections were not performed, the inspections were not documented, or the documents have not been made available in document productions by BFI or Republic.

During the time of these violations, there were numerous odor complaints from residents of the surrounding area. As noted above, these violations have been repeated numerous times. Furthermore, these violations are ongoing or will likely recur.

## II. CONCLUSION

Thank you for your prompt attention to the ongoing serious violations of federal law by MPL. Unless EPA or the State of Tennessee commences and diligently prosecutes an action in court to address these violations within sixty (60) days, we intend to amend the City's complaint to include these violations or file a new citizen suit under 42 U.S.C. § 7604(a)(1) of the CAA for the violations discussed above. In addition to these violations, this notice covers all violations of the CAA evidenced by information which becomes available to us after the date of this Notice of Intent to Sue. Pursuant to the CAA, we will seek civil penalties, attorney's fees and costs, as well as an injunction against continued violations.

Sincerely,

s/Gary A. Davis
Gary A. Davis

cc:    Merrick B. Garland
US Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Elizabeth Murphy *(via email)*
Adam Tucker *(via email)*
Lisa Helton *(via email)*
John Farringer *(via e-mail)*
Hunter Branstetter *(via e-mail)*

13