UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CITY OF MURFREESBORO, TENNESSEE,<br>    Plaintiff,<br><br>v.<br><br>BFI WASTE SYSTEMS OF TENNESSEE,<br>LLC et al.,<br>    Defendants. | Case No. 3:22-cv-00605<br><br>Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |

## **MEMORANDUM ORDER**

On April 8, 2026, non-party Melissa Farley (Farley) filed a motion to quash a subpoena that defendants served on her on April 4, 2026 to take her deposition on April 15, 2026. (Doc. No. 275.) Among other objections, Farley asserted that the time given to prepare for the subpoena and its accompanying request for documents posed an undue burden. In response, defendants filed a notice on April 14, 2026 advising the Court that the deposition will not occur as noticed in the subpoena and that the parties are working in good faith to find a mutually agreeable time for the deposition to occur. (Doc. No. 278.) Defendants now consider the motion to quash moot.

The motion is not necessarily moot because defendants have not withdrawn the subpoena. *Cf. United States v. Kpomassi*, No. 03-20219-DV, 2004 WL 2905388, at *1 (W.D. Tenn. Feb. 11, 2004) (motion to quash subpoena found moot per agreement of the parties that included voluntary withdrawal of subpoena). The Court nonetheless will give the parties a chance to resolve Farley's objections without ruling on the motion. Accordingly, the Court DENIES the motion to quash (Doc. No. 275) but WITHOUT PREJUDICE to renewal if the parties cannot agree on terms for Farley's deposition and defendants seek to enforce the subpoena.

The Clerk of the Court is directed to send a copy of this Memorandum Order, by first-class mail, to Farley at the address listed in her motion and on the docket sheet for this case: 5111 General Eisenhower Dr., Murfreesboro, TN 37129.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge

2