|  |  |
|---|---|
| CITY OF MURFREESBORO, TENNESSEE,<br>　　　Plaintiff,<br><br>v.<br><br>BFI WASTE SYSTEMS OF TENNESSEE,<br>LLC et al.,<br>　　　Defendants. | Case No. 3:22-cv-00605<br><br>Judge Eli J. Richardson<br>Magistrate Judge Luke A. Evans |

## **MEMORANDUM ORDER**

On April 22, 2026, the Court held a telephonic discovery dispute conference to address the parties' joint discovery dispute statement. (Doc. No. 272.) The issue raised in the joint discovery dispute statement—whether plaintiff may serve proposed[1] document subpoenas on third-party consultants under the terms of the special master's report (Doc. Nos. 219, 244)—was not resolved, and motion practice will be necessary. The Court sets a schedule for motion practice as follows:

1)　　On or before **May 15, 2026**, defendants will file a motion for a protective order under Rule 26(c) of the Federal Rules of Civil Procedure. As discussed at the discovery dispute conference, Rule 45 normally governs the service of subpoenas and any objections to them. The terms of the special master's report, however, creates the need to take the preliminary step of assessing previously established limits on discovery.

2)　　Plaintiff will file any response on or before **May 22, 2026**.

3)　　Defendants will file any reply on or before **May 29, 2026**.

---

[1]　　To the Court's best understanding, the subpoenas attached to the joint discovery dispute statement (Doc. Nos. 272-2, 272-3, 272-4) are drafts only and were not served. The parties should confirm the Court's understanding in their motion papers; if instead the subpoenas had been served then the parties should state whether objections had been served under Rule 45(d)(2)(B).

4) The Court will decide later whether oral argument on the motion will be necessary.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge

2